**United States District Court**

Office of the Clerk

District of Vermont
Federal Building
**Burlington, Vermont 05402-0945**

**Jeffrey S. Eaton**
Clerk

☒ P.O. Box 945
Burlington 05402-0945
(802) 951-6301
❑ P.O. Box 998
Brattleboro 05302-0998
(802) 254-0250
❑ P.O. Box 607
Rutland 05702-0607
(802) 773-0245

October 12, 2012

Norman E. Watts, Jr., Esq.
Watts Law Firm, PC
19 Central Street
P.O. Box 270
Woodstock, VT 05091-0270

Edward M. Kaplan, Esq.
William D. Pandolph, Esq.
Sulloway & Hollis, P.L.L.C.
9 Capital Street
P.O. Box 1256
Concord, NH 03302-1256

Re:   *Knapik v. Mary Hitchcock Memorial Hospital*
      Docket No. 5:12-CV-175

Dear Counsel:

Pursuant to Local Rule 16.1, the above-referenced case is subject to Early Neutral Evaluation ("ENE"). Based upon relevant areas of practice and geographical proximity to the parties, listed below are potential evaluators from the Court's roster. It is intended that all parties strive to agree upon one evaluator.

Stephen D. Ellis, Esq., Springfield
Michael F. Hanley, Esq., White River Junction
Potter Stewart, Jr., Esq., Brattleboro

If the parties cannot stipulate to one of the above evaluators, then pursuant to Local Rule 16.1(e)(1)(C), each "side" may strike the name of one potential evaluator. Parties also have the option of stipulating to an evaluator of their own choosing as set forth in Local Rule 16.1(d)(4).

Regardless of the method, please note that you are required to report your selection to me *in writing* by **October 29, 2012**.

Please do not hesitate to contact me with any questions.

Sincerely,
*/s/ H. Beth Cota*
ENE Administrator
(802) 951-6395x113