

Jennifer Meagher < j.meagher.wattslawfirmpc@gmail.com>

## Knapik v. MHMH

**Jeanne Batchelder** < jbatchelder@sulloway.com>  Mon, Jun 24, 2013 at 9:51 AM
To: Norman Watts <nwatts.vt@gmail.com>
Cc: Edward Kaplan <ekaplan@sulloway.com>, William Pandolph <wpandolph@sulloway.com>, Jennifer Meagher <j.meagher.wattslawfirmpc@gmail.com>

Mr. Watts:

Please see attached from Ed Kaplan.

Jeanne B. Batchelder
Litigation Paralegal
Sulloway & Hollis, P.L.L.C.
9 Capitol St.
PO Box 1256
Concord, NH 03302-1256
603-223-2858
jbatchelder@sulloway.com

SULLOWAY & HOLLIS, P.L.L.C.: This message is a PRIVATE communication which may contain attorney / client privileged material. If you are not the intended recipient, please do not read, copy, use, or disclose to others. If you have received this message in error, please reply to sender and delete this message from your system. Thank you.

 C1057439.pdf
37K