

**Jennifer Meagher < j.meagher.wattslawfirmpc@gmail.com>**

## KNAPIK DISCOVERY ISSUES
1 message

**Norman Watts** < nwatts.vt@gmail.com>                          Mon, Jun 24, 2013 at 12:02 PM
To: Edward Kaplan <ekaplan@sulloway.com>
Bcc: j.meagher.wattslawfirmpc@gmail.com

Ed - I rec'd your letter regarding our discovery responses.  I am on the west coast this week and unable to deal with the issues.  I will address them next week upon my return.  As you might expect, we have issues with your responses as well and will explain them next week also.
NW

**Norman E. Watts, Esq.**
*Civil Litigation*
**Watts Law Firm PC**
**Woodstock VT 05091**
**802-457-1020**