

Jennifer Meagher < j.meagher.wattslawfirmpc@gmail.com>

## Knapik v. MHMH

**Jennifer Meagher** < j.meagher.wattslawfirmpc@gmail.com>    Fri, Jul 19, 2013 at 12:49 PM
To: Ed Kaplan Esq <ekaplan@sulloway.com>
Cc: Norman Watts <nwatts.vt@gmail.com>, Jeanne Batchelder <jbatchelder@sulloway.com>, Jessica Wallace <jwallace@sulloway.com>, William Pandolph <wpandolph@sulloway.com>

Ed:

Attached, please find correspondence from Attorney Watts.

Thank you.

--
Jennifer Meagher
Law Clerk
Watts Law Firm, PC
19 Central Street
PO Box 270
Woodstock, VT 05091
802-457-1020

📄 KAPLAN.LTR.7-19-13.pdf
87K