UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| **THERSIA J. KNAPIK** | |
| PLAINTIFF | CASE NO. **5:12-cv-175** |
| v. | |
| **MARY HITCHCOCK MEMORIAL HOSPITAL** | |
| DEFENDANT | |

## *DISCOVERY CERTIFICATE*

The undersigned attorney hereby certifies that on August 22, 2013 he served defendant ***Plaintiff's Second Supplemental Responses to Defendant's First Interrogatories*** and Documents ***Bates P854-P855*** via email to defendants' attorneys of record as follows:

> William Pandolph, Esq.
> Edward Kaplan, Esq.
> Sulloway & Hollis, P.L.L.C.
> 9 Capitol St
> PO Box 1256
> Concord, NH 03302
> wpandolph@sulloway.com
> ekaplan@sulloway.com

Dated:   8/22/13 .                    /s/ Norman E. Watts
                                      Norman E. Watts, Esquire
                                      Watts Law Firm, PC
                                      PO Box 270
                                      Woodstock VT 05091
                                      (802) 457-1020
                                      wattslawfirmpc@gmail.com
                                      Attorney for Plaintiff