# EXHIBIT A

Stephen D. Ellis (NY)
Andrew C. Boxer (NH)
William J. Blake

Robert D. Mabey (MA)
Julia D. Stensby (NY)
J. Justin Sluka (NH)
Jennifer K. Moore

Caroline S. Earle, Of Counsel



ELLIS
BOXER &
BLAKE
ATTORNEYS

www.ellisboxer.com

24 Summer Hill Street
P.O. Box 948
Springfield, Vermont 05156

(802) 885-2141
FAX (802) 885-2131

November 16, 2012

Norman Watts, Esq.
**Watts Law Firm, PC**
19 Central Street
Woodstock, VT 05091-0270

RE: **Knapik v. Mary Hitchcock Memorial Hospital**
         **VT No. 2:12-cv-00175-cr**

Dear Norm:

We represent the individual identified as "the other resident" in the Amended Verified Complaint in this matter. A number of the factual allegations of the Amended Verified Complaint are false and potentially actionable. Our client's written and board scores were the best in her class, and our client had the support of a number of well-respected surgeons. Our client was not placed on probation and did not submit false documentation to the institution or state. Dr. Knapik was not given a copy of the alleged letter, which did not reference any alleged "probation" in any event. Rather, it appears that Dr. Knapik unlawfully accessed our client's email account without authorization and sent a copy to herself in March 2011, and then, 14 months later, published the letter in a malicious attempt to sabotage our client's career after a dispute over call schedules. The allegations of the Verified Amended Complaint appear to be a continuation of Dr. Knapik's malicious campaign.

Demand is hereby made that Dr. Knapik and all persons acting on her behalf or in concert with her cease and desist immediately from repeating these and any other defamatory statements regarding our client, and our client reserves the right to seek appropriate redress for any harm caused by Dr. Knapik's malicious conduct.

Very truly yours,

Stephen D. Ellis

SDE/fcg

---

**Please Reply to Springfield Office**

107 State Street, P.O. Box 1278
Montpelier, VT 05601-1278
802-225-6495

110 Wall Street, 11th Floor
New York, NY 10005-3815
212-709-8188