# EXHIBIT B

| Filters Used: | | |
|---|---|---|
| 1 Tagged   Record | **Email Report** | Date Printed: **9/25/2013** |
| | Form Format | Time Printed: **2:39PM** |
| | | Printed By: **STEVE** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | 12/11/2012 Time | 10:37AM | 10:37AM | Duration | 0.00 (hours) | Code | |
| Subject | RE: Knapik | | | | | Staff | **Stephen D Ellis** |
| Client | | | | | | | MatterNo **2345** |
| From | Stephen D. Ellis | | | | | | |
| To | 'Norman Watts, esq.' | | | | | | |
| CC To | | | | | | | |
| Bcc To | | | | | | | |
| Reminders | | (days before) Follow | N   Done   N   Notify   N   Hide   N   Trigger   N   Private   N   Status | | | | |
| User1 | | | | User3 | | | |
| User2 | | | | User4 | | | |

Dear Norm:

Thank you for your note.

My client has no interest in getting dragged into your client's lawsuit to any extent or for any purpose, directly or indirectly, and my client has no obligation to provide you with "proof" of anything. Your client's purported claims are against DHMC, and it would appear that it is your client who has the burden of proof in that action. Your client's purported claims are based entirely upon her own alleged actions and the alleged actions of DHMC. She does not claim that my client ever did anything to cause her any harm. All discoverable information relevant to your client's purported claims is obtainable from your client and DHMC.

Once again, my client acknowledges that you have thus far not made any statements about her beyond the allegations of the complaint, which do not identify her by name, and she trusts you will continue to take the utmost care to avoid causing her any further harm.

Thank you.

Stephen D. Ellis

Ellis Boxer & Blake

802/885-2141

802/885-2131 (fax)

www.ellisboxer.com