# EXHIBIT C

| Filters Used: | | Date Printed: | 9/??/2013 |
|---|---|---|---|
| 1 Tagged   Record | **Email Report** | Time Printed: | 2:?? ?M |
| | Form Format | Printed By: | **STEVE** |

| Date | 9/12/2013 Time | 5:50PM | 5:50PM | Duration | 0.00 | (hours) | Code | | |
|---|---|---|---|---|---|---|---|---|---|
| Subject | Knapik v. MHMH | | | | | | Staff | **Stephen D Ellis** | |
| Client | | | MatterRef | | | | | MatterNo | **2345** |
| From | **Stephen D. Ellis** | | | | | | | | |
| To | Norman Watts (nwatts.vt@gmail.com) | | | | | | | | |
| CC To | William Pandolph | | | | | | | | |
| Bcc To | | | | | | | | | |
| Reminders | | (days before) | Follow | N | Done | N | Notify | N | Hide  N  Trigger  N  Private  N  Status |
| User1 | | | | | User3 | | | | |
| User2 | | | | | User4 | | | | |

Dear Norm:

The attached motions reference my client by name. Identifying my client by name in documents filed on the record of this case, after I have repeatedly cautioned you not to do so, is completely unnecessary and has clearly been done maliciously, solely for the improper purpose of harassing my client and causing her harm.  Moreover, these submissions include a number of factual assertions which your client knows are not true, and which you know are denied and contested but have asserted as established fact, which have been asserted gratuitously and maliciously for the sole purpose of harassing my client and causing her harm.

My client respectfully demands that you move the court to file these motions under seal immediately, and provide me with confirmation that you have done so and assurance that you will not identify my client by name in any documents filed with the court this case.

We will expect such confirmation and assurance no later than 5pm next Tuesday, September 18, 2013.

In addition, my client intends to move to intervene, without waiver of her objections to jurisdiction, to seek a protective order that the MHMH records relating to her employment and training not be produced and that any documents identifying her by name be filed under seal.  Please let me know immediately whether you will assent to this motion.

My client reserves all rights and remedies.

Very truly yours,