U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2013 NOV -7 PM 1: 17

CLERK
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

THERSIA J. KNAPIK,
*Plaintiff*,

v.                                             Civil Action No.: 5:12-cv-175

MARY HITCHCOCK
MEMORIAL HOSPITAL,
*Defendant*.

## ORDER

Upon consideration of the Intervener's Motion for Conditional Intervention and to seek Protective Order and Sanctions, and the submissions of the parties, it is hereby ORDERED as follows:

(1) That Documents 60 and 61 are hereby SEALED;

(2) That the parties shall not refer to Intervener by name in any documents made part of the record in this case, and that Intervener be referred to in the parties' submissions as "Dr. Doe";

(3) That any documents or exhibits filed with the court and containing personally identifiable information about Intervener shall be redacted to delete or obliterate such information.

**APPROVED AND SO ORDERED:**

Dated: 11/7/13

_____
Honorable Christina C. Reiss

1