## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

| | |
|---|---|
| **THERSIA J. KNAPIK** | &#124; |
| | &#124; |
| **PLAINTIFF** | &#124;   **CASE NO. 5:12-cv-175** |
| | &#124; |
| **v.** | &#124; |
| | &#124; |
| **MARY HITCHCOCK MEMORIAL** | &#124; |
| **HOSPITAL** | &#124; |
| | &#124; |
| **DEFENDANT** | &#124; |

### *DISCOVERY CERTIFICATE*

The undersigned attorney hereby certifies that on this date he served defendant

***Plaintiff's Production of Documents,*** via email to defendants' attorneys of record as

follows:

> William Pandolph, Esq.
> Edward Kaplan, Esq.
> Sulloway & Hollis, P.L.L.C.
> 9 Capitol St
> PO Box 1256
> Concord, NH 03302
> wpandolph@sulloway.com
> ekaplan@sulloway.com

Dated:   6/4/14 .

/s/ Norman E. Watts
Norman E.  Watts, Esquire
Watts Law Firm, PC
PO Box 270
Woodstock VT 05091
(802) 457-1020
wattslawfirmpc@gmail.com
Attorney for Plaintiff