UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| **THERSIA J. KNAPIK** | |
| **PLAINTIFF** | **CASE NO. 5:12-cv-175** |
| v. | |
| **MARY HITCHCOCK MEMORIAL HOSPITAL** | |
| **DEFENDANT** | |

*CERTIFICATE OF SERVICE*

I hereby certify that on August 7, 2014, I electronically filed with the Clerk of Court the following document:

*Discovery Certificate*

using the CM/ECF system.  The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties:

**Anthony Z. Roisman, Esq.**
**Edward Kaplan, Esq.**
**William Pandolph, Esq.**

Dated:  8/7/14  .                    /s/Norman E. Watts
                                                Norman E. Watts, Esq.
                                                Watts Law Firm, PC
                                                PO Box 270
                                                Woodstock VT 05091
                                                (802) 457-1020
                                                wattslawfirmpc@gmail.com
                                                Counsel for Plaintiff