**Michele Z. King**

| | |
|---|---|
| **From:** | Thersia J. Knapik |
| **Sent:** | Wednesday, June 06, 2012 6:14 AM |
| **To:** | Richard B. Freeman Jr. |
| **Subject:** | time sensitive |

Dr. Freeman,

Thank you for responding to my request for information in regards to this meeting.
I glean from your response that DHMC has not yet found the email that I     sent me
containing said document.  If it helps, I'm going on memory here, but the dates were likely
somewhere between March-May 2011.

Additionally, I don't recall ever opening that document on my personal home computer (a
MacBook Pro) but I have checked my emails countless times on this personal computer.
I am in good faith willing to take my computer to Computers Plus this am to see if they can
retrieve this email.  Having not gone outside the medical community, as far as this matter is
concerned (except for legal counsel), I thought this might be an issue. Alternatively I can
bring my computer to whomever is working on this at IT but you understand I'm doing this in
good faith that this document is the one that will be sought (I'm certain you're not interested
in my Match.com life anyway – hopefully).

Now, it's too early for me to call my lawyer and ask about doing the above.  However, be
assured that I want that email retrieved as much as you do.  Please tell me which of these
methods, if any, you are interested in my pursuing this morning and after I speak with my
lawyer I'll make it happen.  If you want me to bring it to DHMC then I need a name and
pager number so I can page them from the front entrance.

See you at 3:00
Thersia

---

**From:** Richard B. Freeman Jr.
**Sent:** Tuesday, June 05, 2012 7:52 PM
**To:** Thersia J. Knapik
**Subject:** Re: Wednesday

Thersia:

Thank you for your e-mail last night . First let me clarify that at the present time, we have placed you on a paid
Administrative leave which began on Monday June 4th [Please see the DHMC Grievance Process from the GME Policy
and Procedure manual attached].

The purpose of our meeting tomorrow (Wednesday, June 6 at 3:00 pm) is to discuss what I consider is be a serious
breach of the professionalism standards to which we hold all of our faculty, trainees, and employees. Among many
things, I want to understand how you acquired the document you sent and your reasoning for sending this document to
the University of Kentucky. It would be helpful if you bring with you any documentation you have (electronic or hard
copy) that will assist in clarifying how you acquired this document and why you took this action. Please understand,
DHMC Information services has a robust audit trail capability which we have used to track the use of Outlook and
internet access from DHMC accounts in this case. We have been reviewing all relevant data.

23

You mentioned yesterday to my secretary, Laura Stancs, that you intend to ask your legal counsel to accompany you to this meeting. As this is a DHMC meeting, which is an internal process, legal counsel is not allowed to attend. You may, however, invite an internal resource to accompany you. Sonal Kumar is the HR partner to GME. She may be available to attend (3-1428) or you can call Employee Relations (3-1570), and request to have an Employee Relations Specialist come with you tomorrow.

if you choose not to attend without legal counsel, please let us know who is your counsel and we will have D-H counsel contact him/her.

Thersia, I have the utmost respect for you but you should know that we are evaluating a range of potential responses to this incident that have the potential to influence your future career. Your responses to my questions above will have an impact on the direction we take.
I look forward to meeting with you tomorrow.


Rich

---

**From:** Thersia J. Knapik
**Sent:** Monday, June 04, 2012 07:28 PM
**To:** Richard B. Freeman Jr.
**Subject:** Wednesday

Dr. Freeman,

I appreciate you making time to meet with me this Wednesday.

Obviously I want to be as cooperative as I can, and ensure from my part that this is a fruitful meeting; to that end can you please tell me the precise nature of what will be discussed so that I can bring with me any necessary documents and be fully prepared to answer any questions you may have or issues you wish to discuss.

Thank you
Thersia

EMAILS: TO/FROM TK 000011

**Michele Z. King**

| | |
|---|---|
| **From:** | K n L. Dexch |
| **Sent:** | Tuesday, April 10, 2012 11:22 AM |
| **To:** | Thersia J. Knapik |
| **Subject:** | LuLu Lemon |

Hi Thersia:

   I talked to the LuLu Lemon company and they said that they mailed you a gift card instead of crediting my account like they said they would do. Can you please give me back the gift card since the cash I gave you was meant to replace that.

        Thanks,

EMAILS: TK/KD 000018

**Michele Z. King**

| | |
|---|---|
| **From:** | Karen L. D[REDACTED] |
| **Sent:** | Friday, March 23, 2012 7:05 PM |
| **To:** | Thersia J. Knapik |
| **Subject:** | gossip |

Ohhhh have I got a story for you!!!!  Might be worth calling me at work (I'm on CT call tonight)

K

EMAILS: TK/KD 000023

**Michele Z. King**

| | |
|---|---|
| **From:** | K        n L. D[REDACT]. |
| **Sent:** | Wednesday, March 21, 2012 5:11 AM |
| **To:** | Thersia J. Knapik |
| **Subject:** | RE: see, now there is someone for everyone |

OMG.....that is disgusting

**From:** Thersia J. Knapik
**Sent:** Wednesday, March 21, 2012 5:05 AM
**To:** K        L. D[REDACT]
**Subject:** see, now there is someone for everyone

http://www.dailymail.co.uk/health/article-2117319/Mothers-bid-fattest-human-115-stone---shes-marrying-chef-help-her.html

50                                              EMAILS: TK/KD 000024

**From:** Danielle Basta
**Sent:** Monday, March 12, 2012 8:35 PM
**To:** Terasa L. Prock; Kı     ı L. Dⁱᵉᵈᵃᶜᵗᵉᵈ Thersia J. Knapik; bestfishes@oceanwhimsy.com
**Subject:** RE: Celebration Time!

Happy almost!
The mayhem on sat could be ugly
Friday is hard unless I darg along children

---

**From:** Terasa L. Prock
**Sent:** Monday, March 12, 2012 5:36 PM
**To:** ł     ı L. Dⁱᵉᵈᵃᶜᵗⁱ; Thersia J. Knapik; bestfishes@oceanwhimsy.com; Danielle Basta
**Subject:** Celebration Time!

Hello ladies!


I tried to include Maya on this email but couldn't find her address---so if someone could forward this to her that would be just super. As you may know the lovely Dr. Knapik has a birthday coming up this weekend, and I think its prudent that she take at least one night off from studying to partake in friendly cheer. My weekend is wide open....thanks to switching calls with another fellow. I'm including you Thersia in this email because you have to tell us what day is best for you my dear. And if anyone else would like to come please forward this to them or tell them.


Hope to see you soon!

Tracy


IMPORTANT NOTICE REGARDING THIS ELECTRONIC MESSAGE:

This message is intended for the use of the person to whom it is addressed and may contain information that is privileged, confidential, and protected from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

EMAILS: TK/KD 000035

**Michele Z. King**

| | |
|---|---|
| **From:** | K        L. D^(REDACTED) |
| **Sent:** | Monday, March 05, 2012 5:30 PM |
| **To:** | Thersia J. Knapik |
| **Subject:** | RE: Dorthea |

When are our job offers coming in???

**From:** Thersia J. Knapik
**Sent:** Monday, March 05, 2012 11:53 AM
**To:** K        L. D^(REDACTED)
**Subject:** Dorthea

got a job as an attending here!
good for her!

EMAILS: TK/KD 000044

**Michele Z. King**

| | |
|---|---|
| **From:** | K          L. REDACTED |
| **Sent:** | Thursday, February 02, 2012 10:11 PM |
| **To:** | Thersia J. Knapik |
| **Subject:** | RE: oh, and of course |

OMG, I'm sorry you have to interact with him.   I'm sure the stories are not nice. Have I told you lately how much I hate residency?  Just left at 9:30 again for a takeback case.  Drinking your champagne...almost too tired to finish it.  Do we really have to go through 4 more months???

**From:** Thersia J. Knapik
**Sent:** Thursday, February 02, 2012 10:00 AM
**To:** K          n L. REDACTED
**Subject:** oh, and of course

I have Josh stories from this am.

topics

sleep
PA's on Saturday

EMAILS: TK/KD 000081

**Michele Z. King**

| | |
|---|---|
| **From:** | Ka                    [REDACTED] |
| **Sent:** | Saturday, July 09, 2011 4:17 AM |
| **To:** | Thersia J. Knapik |
| **Subject:** | RE: Hey ladies |

but there is a tiny chance I can get it to work out.  Had a message last night from a finance guy at the dealership saying he had some other way of financing that I might be able to get it today.  If they can give me the same 2.7% interest rate, I'll do it....I plan to call him b/t 8 and 9 this AM.  If they can do it I'll let you know.

K

From: Thersia J. Knapik
Sent: Saturday, July 09, 2011 4:07 AM
To: K        n L.  [REDACTED]
Subject: RE: Hey ladies

bummer

From: Ka              L.  [REDACTED]
Sent: Saturday, July 09, 2011 4:04 AM
To: Terasa L. Prock; Thersia J. Knapik
Subject: RE: Hey ladies

Unfortunately it sounds like the paperwork won't be done today, so I don't think I can get it until monday.  I'll let you know if anything changes.

K

From: Terasa L. Prock
Sent: Friday, July 08, 2011 10:26 AM
To: Thersia J. Knapik; Ka        [REDACTED]
Subject: RE: Hey ladies

Let's do it. Road trip sounds good. Thanks guys, I really appreciate it.

T

From: Thersia J. Knapik
Sent: Friday, July 08, 2011 4:18 AM
To: Ka        L.  [REDACTED]  Terasa L. Prock
Subject: RE: Hey ladies

16

EMAILS: TK/KD 000200

Im in. Teresa you up for it?

From: K      L. ᴿᴱᴰᴬᶜᵀᴱᴰ ᴱ
Sent: Thursday, July 07, 2011 9:32 PM
To: Terasa L. Prock; Thersia J. Knapik
Subject: RE: Hey ladies

Sorry to hear about this....but I know you can do waaaaay better anyhow.  Really..IT'S HIS LOSS!  There will be better days, I hope you are doing okay.  What do you say about a ladies road trip on Saturday?  We can take you to pick up your motorcycle and I will need to pick up the new Mini that I'm buying in Keene.  What do you say?

K

From: Terasa L. Prock
Sent: Thursday, July 07, 2011 7:44 AM
To: Kathryn L. ᴿᴱᴰᴬᶜᵀᴱᴰ ᴮ Thersia J. Knapik
Subject: Hey ladies

Friends don't let friends go without motorcycles. Since Tom and I are now officially over as of last night.....would any of you lovies be willing to take me to pick up my motorcycle in the next couple of days? Let me know....I am off on Saturday.

Tracy

17

EMAILS: TK/KD 000201

**Michele Z. King**

| | |
|---|---|
| **From:** | K          L. ⁽ᴿᴱᴰᴬᶜᵀᴱᴰ⁾ |
| **Sent:** | Sunday, September 04, 2011 4:38 PM |
| **To:** | Thersia J. Knapik |
| **Subject:** | RE: site visit – peer residents |

I would nominate You for the upper level and Andrea Stroud for the lower level representative.

K

**From:** Thersia J. Knapik
**Sent:** Friday, September 02, 2011 1:02 PM
**To:** Sam Finlayson; K          L. ⁽ᴿᴱᴰᴬᶜᵀᴱᴰ⁾ Isak A. Goodwin; Dawn C. Barclay; Joshua B. Goldberg; Meredith J. Sorensen; Justin G. Reeves; Roland A. Hernandez; Andrea M. Stroud; Michael B. Hill; Bryan Payne Stanifer; David Caba Molina; Matthew R. Soule; Julia M. Rosenbloom; Austin D. Schenk; John M. Fallon; Hermann P. Sigbjarnarson; Jennifer E. Tonneson; Jennifer.Tonneson@Hitchcock.ORG; Raphael Louie; Portia Thurmond; Nick Ellis; joseph.camacho@Hitchcock.ORG; allison.arensman@Hitchcock.ORG; nathan.hutson@Hitchcock.ORG; rachel.moses@Hitchcock.ORG; Tamara B. Dawli
**Subject:** site visit – peer residents

Please everyone respond – by Tuesday by emailing two names to me

no research residents

1 upper level nomination, this can include chiefs
1 lower level nomination, this can include interns

Thanks!

------------------

The ACGME will be conducting an Institutional Site Visit on Tuesday, October 4ᵗʰ. The site visitor scheduled for this review has requested to meet with 16 **peer-selected** residents from 8 specific programs during the visit. The requested time slot for this meeting as well as the parameters for selection of these individuals are as follows:

Time slot:            11:30-12:45 PM  Tuesday, October 4ᵗʰ (Lunch will be served)

Location:            Fuller Board Room

Selection Parameters:

- 16 **peer-selected** residents
- Two each from the following programs: anesthesiology, internal medicine, neurosurgery, obstetrics and gynecology, orthopedics, pediatrics, radiology, and general surgery.
- **One upper-level** and **one lower-level resident** from each program.

15

EMAILS: TK/KD 000157

**Michele Z. King**

| | |
|---|---|
| **From:** | K:        n L. REDACTED |
| **Sent:** | Wednesday, July 27, 2011 10:47 PM |
| **To:** | Thersia J. Knapik |
| **Subject:** | RE: Who would be intersted in |

Sorry I didn't reply to this earlier.  I had a bunch of emails when I got back and think I just thought I would talk to you.  This is a GREAT idea!  Having it at your house would be the best, I think as people can talk. Do you think Rosenkranz should be invited?  I can't see the others being too interested.  Let me know if I can help with anything.   Hope your day got better.

K

**From:** Thersia J. Knapik
**Sent:** Wednesday, July 20, 2011 3:13 PM
**To:** Portia Thurmond; Jennie V. Garver; Sara C. Graves; Ana Mata-Fink; Andrea M. Stroud; Ann E. Hansen; Courtney A. Hill; Courtney J. Warner; Dana L. Kerr; Dawn C. Barclay; Elizabeth B. Johnson; Emily L. Spangler; Jennifer E. Tonneson; Jennifer Hong; Julia M. Rosenbloom; Karen L. Walker; Kathryn Fuchs; K        L. REDACTED IN Laura L. Shively; Meredith J. Sorensen; Tamara B. Dawli
**Subject:** Who would be intersted in

a women in surgery dinner in August?  Tentative date is Aug 20th, a Saturday.

I have yet to figure out if this will be at my house or a local restaurant - I'm trying to iron out details and get funding.  Funding would be easier if I knew how many people would attend.

Can you please let me know.

Also, I can't decide if I should try and get a female attending to come and talk to us about some aspect of being a woman in surgery - like negotiating contracts, leadership...or just have it be "us" without an attending present.

give opinions on that too please.

Thanks
Thersia

EMAILS: TK/KD 000188

**Michele Z. King**

| | |
|---|---|
| **From:** | K       n L. [REDACTED] |
| **Sent:** | Sunday, July 24, 2011 9:33 AM |
| **To:** | Thersia J. Knapik |
| **Subject:** | RE: |

Oh good!  Lets have dinner, I'll cook.

K

From: Thersia J. Knapik
Sent: Sunday, July 24, 2011 9:31 AM
To: K       n L. [REDACTED]
Subject: Re: RE:

Sent you a text
On way back from NYC
Home by noon
Dinner?l
I missed you too. I hate your vacations. But can't wait to hear about it

Sent from my iPhone

On Jul 24, 2011, at 9:29 AM, "Kathryn L. [REDACTED BY] <K       n.L. [REDACTED BY SM] itchcock.org> wrote:

> I miss you!  Are you in Nantucket?
>
> _____
> From: Thersia J. Knapik
> Sent: Sunday, July 24, 2011 4:39 AM
> To: K       yn L. [REDACTED]
> Subject: RE:
>
> gawd I love you!ll
> _____
> From: K       n L. [REDACTED]
> Sent: Saturday, July 23, 2011 7:54 PM
> To: Isak A. Goodwin
> Cc: Thersia J. Knapik
> Subject: RE:
>
> Hi Chiefs:
>
>    I was on vacation.  The week before there was a great showing but Dr. Freeman said he would be away for the
Friday, July 22nd conference.  Sounds like plans changed. Hope you had a good week.
>
>        Thanks.
>        K

7

EMAILS: TK/KD 000191

**Michele Z. King**

| | |
|---|---|
| **From:** | Thaller, Seth R <SThaller@med.miami.edu> |
| **Sent:** | Thursday, June 14, 2012 5:01 PM |
| **To:** | Paul H. Kispert |
| **Cc:** | Shipman, Teresa |
| **Subject:** | RE: Thersia Knapik |

Our fax number is 305-243-4535  Thank you

*Seth. R. Thaller, M.D.,D.M.D., FACS*

Chief and Professor

Division of Plastic Surgery

The DeWitt Daughtry Family Department of Surgery

University Of Miami Health System

To learn more about the Department of Surgery please view  http://surgery.med.miami.edu

Notice of disclosure: This information has been disclosed to you from. The information contained in this transmission may contain privileged and confidential information, including patient information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you.

**From:** Paul H. Kispert [mailto:Paul.H.Kispert@hitchcock.org]
**Sent:** Thursday, June 14, 2012 4:41 PM
**To:** Thaller, Seth R
**Subject:** RE: Thersia Knapik

Our department will be contacting you in a few minutes.  If you would like us to fax tonight we will do that.  We are also sending the original by overnight mail.

This is a tragic and terrible situation that I regret you are involved in .

Please let me know what else you need.

Thanks

Paul Kispert MD

Office 603-650-8022
Dept Surgery 603-650-7412
My Cell 603-667-6988

**From:** Thaller, Seth R [mailto:SThaller@med.miami.edu]
**Sent:** Thursday, June 14, 2012 1:45 PM
**To:** Paul H. Kispert
**Cc:** Shipman, Teresa; Ramos, Myra; Estevez, Kathryn K; Butler, Michael K; Parrish, Richard; Lewis, Michael C.; Gonzalez,

210

EMAILS RE:  TK (POST) 000025

Nilda MHSA (GME Office); Seth Thaller (sthaller@miami.edu)
**Subject:** Thersia Knapik

Dear Dr. Kispert;

As per our telephone conversation yesterday afternoon, I need your promised written confirmation that Dr. Knapik will not be signed off verifying completion of her General Surgery residency. Thank you SRT

*Seth. R. Thaller, M.D.,D.M.D., FACS*
**Chief and Professor**
**Division of Plastic Surgery**
**The DeWitt Daughtry Family Department of Surgery**
**University Of Miami Health System**
**To learn more about the Department of Surgery please view** http://surgery.med.miami.edu
Notice of disclosure: This information has been disclosed to you from. The information contained in this transmission may contain privileged and confidential information, including patient information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you.

IMPORTANT NOTICE REGARDING THIS ELECTRONIC MESSAGE:

This message is intended for the use of the person to whom it is addressed and may contain information that is privileged, confidential, and protected from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

EMAILS RE:  TK (POST) 000026

## Michele Z. King

From:         Paul H. Kispert
Sent:         Wednesday, June 13, 2012 5:10 PM
To:           Andrew O. Crockett; Anthony W. Discipio; Benjamin Forbush; Burton L. Eisenberg; Cherie
              P. Erkmen; Christopher E. Simpkins; Daniel P. Croitoru; David A. Axelrod; Eric D. Martin;
              Gina L. Adrales; Horace F. Henriques III; John J. Murray; John Sutton; Joseph Meyer; Kari
              M. Rosenkranz; Kenneth W. Burchard; Kerrington D. Smith; Kurt K. Rhynhart; Laurie A.
              Latchaw; Neil D. Ghushe; Paul H. Kispert; Rajan Gupta; Richard B. Freeman Jr.; Richard J.
              Barth Jr.; Stefan D. Holubar; Thadeus L. Trus; Thomas A. Colacchio; Timothy R. Siegel;
              William C. Nugent; William S. Laycock; Allyson H. Stone; Andrea M. Stroud; Austin D.
              Schenk; Bryan Payne Stanifer; Courtney J. Warner; David Caba Molina; Dawn C. Barclay;
              Emily L. Spangler; Hermann P. Sigbjarnarson; Isak A. Goodwin; Jennifer E. Tonneson;
              John M. Fallon; Jordan R. Judkins; Joshua B. Goldberg; Julia M. Rosenbloom; Justin G.
              Reeves; Karen L. Walker; K        L. REDACTED Matthew R. Soule; Meredith A. Arensman;
              Meredith J. Sorensen; Michael B. Hill; Nicolas G. Ellis; Peter Bendix; Piroska K. Kopar;
              Portia Thurmond; Rachel A. Moses; Raphael Louie; Roland A. Hernandez; Tamara B.
              Dawli; Thersia J. Knapik
Subject:      FW: Communication to the GS Faculty and Residents


I want to let you know that Thersia Knapik is no longer enrolled in the General Surgery Residency Program.   All of her
clinical responsibilities have ceased as of June 12, 2012.

Thanks
Paul

20

# Individual Evaluation

Printed: 1/7/2011

**Subject:** Thersia Knapik
**Activity/Site:** Non-Cardiac Thoracic PGY4 at Dartmouth Hitchcock Medical Center
**Time Frame/Partic:** PGY4 Block 3  (9/27/2010 to 11/14/2010) / (9/27/2010 - 11/14/2010)
**Evaluation Type:** Senior
**Evaluator:** cherie erkmen

1 <u>Patient Care</u>

Was this resident's care of patients compassionate, appropriate, and effective for the treatment of health problems.

| Unable to evaluate | Requires remediation | Minimally competent | Competence at expected level of training | Competence exceeds level of training |
|---|---|---|---|---|
| | 1 | 2 | 3 | |

2 <u>Patient Care</u>

Please comment on this resident's competency in regards to patient care.

**Very compassionate and comforting to patients before surgery**

3 <u>Medical Knowledge</u>

Did this resident demonstrate knowledge of established and evolving biomedical, clinical, epidemiological and social-behavioral sciences and apply this knowledge to patient care?

| Unable to evaluate | Requires remediation | Minimally competent | Competence at expected level of training | Competence exceeds level of training |
|---|---|---|---|---|
| | 1 | 2 | | 4 |

5 <u>Practice-Based Learning and Improvement</u>

Did this resident demonstrate competency in practice-based learning that involves investigation and evaluation of his/her own patient care, appraisal and assimilation of scientific evidence, and improvements in patient care?

| Unable to evaluate | Requires remediation | Minimally competent | Competence at expected level of training | Competence exceeds level of training |
|---|---|---|---|---|
| | 1 | 2 | | 4 |

7 <u>Interpersonal and Communication Skills</u>

Did this resident demonstrate interpersonal and communication skills that resulted in effective information exchange and teaming with patients, their families, and other health professionals?

| Unable to evaluate | Requires remediation | Minimally competent | Competence at expected level of training | Competence exceeds level of training |
|---|---|---|---|---|
| | 1 | 2 | | 4 |

8 <u>Interpersonal and Communication Skills</u>

Please comment on this resident's competency in regards to his/her interpersonal and communication skills.

**Can give junior residents, medical students and nurses more guidance vs. dogma**

9 <u>Professionalism</u>

Did this resident show commitment to carrying out professional responsibilities, adherence to ethical principles, and sensitivity to a diverse patient population?

| Unable to evaluate | Requires remediation | Minimally competent | Competence at expected level of training | Competence exceeds level of training |
|---|---|---|---|---|
| | 1 | 2 | 3 | |

KNAPIK TRAINING 000263

MHMH 318

**10**   Professionalism

Please comment on this resident's competency in regards to his/her professionalism.

**Very honest.  Reliable.  Integrity one of her strongest assets.**

**11**   Systems-Based Practice

Did this resident demonstrate competency in systems-based practice, as manifested by actions that demonstrate an awareness of and responsiveness to the larger context and system of health care and the ability to effectively call on systems resources to provide care that is of optimal value?

| Unable to evaluate | Requires remediation | Minimally competent | Competence at expected level of training | Competence exceeds level of training |
|---|---|---|---|---|
| | 1 | 2 | | 4 |

**13**   General Comments

Please provide any additional comments about this resident's performance on your service.

**I was very pleased to work with Theresa.  She is caring, compassionate yet professional and in charge.  She has good technical skill, which did improve during her rotation.  She could be more communicative, to gather more of a team atmosphere.**

KNAPIK TRAINING 000264

 Dartmouth-Hitchcock

**Dartmouth-Hitchcock Medical Center**
One Medical Center Drive
Lebanon, NH 03756-0001
Phone (603) 650-5748
Fax (603) 650-5754
Dartmouth-Hitchcock.org

GRADUATE MEDICAL EDUCATION

June 18, 2012

Dori Tothill
New Hampshire Board of Medicine
2 Industrial Park Drive, Suite 8
Concord, NH  03301

Re:  Thersia Knapik, MD

Dear Ms. Tothill:

Please allow this letter to serve as our report to the New Hampshire Board of Medicine in accordance with RSA 329:17, IV.  As you are aware, based upon the recent GME Office request for termination of her NH Training License, Thersia Knapik, MD was dismissed from the Surgery Program at DHMC effective June 13, 2012.

Dr. Knapik's dismissal from the DHMC program was based on an egregious breech of professionalism and violation of the Dartmouth-Hitchcock Code of Ethical Conduct.  Specifically, Dr. Knapik sent a Dartmouth-Hitchcock Quality Assurance (QA) protected document regarding a colleague to that colleague's future employer.  Her printing and forwarding of this document was not authorized by her colleague, nor was it authorized by the author of the document.  Dr. Knapik has the right to challenge the decision regarding termination through our grievance process and we await her final decision on this matter.

Respectfully submitted,

Marc L. Bertrand, MD
Associate Dean for Graduate Medical Education
Designated Institutional Official

cc:
Lawrence Dacey, MD, Chief Medical Officer, DHMC
Paul Kispert, MD, Surgery Residency Program Director, DHMC

Dartmouth-Hitchcock Clinic | Mary Hitchcock Memorial Hospital | Dartmouth Medical School | V.A. Medical Center, White River Junction, VT

# DARTMOUTH-HITCHCOCK MEDICAL CENTER

Paul H. Kispert, MD, *Director, Residency Program*

Department of Surgery
Dartmouth-Hitchcock Medical Center
One Medical Center Drive
Lebanon, NH 03756

Email: Paul.H.Kispert@hitchcock.org
Phone: 603-650-7692
*FAX*:  603-650-6061

June 14, 2012

Seth Thaller, MD
University of Miami
13211 NW 14th Street
Suite 402
Miami, FL 33125

Dear Dr. Thaller,

This letter serves as a follow up to our conversation on Wednesday, June 13, 2012.   As I indicated to you on the phone, a recent event by Thersia Knapnik, resulted in her dismissal from the Dartmouth-Hitchcock General Surgery Resident program effective June 13, 2012.   She engaged in behavior that is incompatible with the role of a physician at Dartmouth-Hitchcock Medical Center.   Her actions violated the Dartmouth-Hitchcock (D-H) Code of Ethical Conduct and Dartmouth-Hitchcock Information Systems Policies.   This behavior was not a result of academic or clinical deficiencies.

We felt it was our obligation to contact you regarding her dismissal because, as Program Director, I will not be certifying her to be eligible to sit for the General Surgery Boards.    I also want to inform you pursuant to NH Board of Medicine Reporting Regulations DH will be reporting this action to the Board within 30 days.

Again, I am sincerely sorry for the timing of this correspondence but we felt it was appropriate given the situation.

Sincerely,

Paul H. Kispert, MD
Director, Surgery Residency Program
Assistant Professor of Surgery
Assistant Professor of Anesthesiology
(603) 650-7692

Cc:   Richard B. Freeman, Jr., MD
       Marc L. Bertrand, MD

Dartmouth-Hitchcock Clinic | Mary Hitchcock Memorial Hospital | Dartmouth Medical School | V.A. Medical Center, White River Junction, VT

MHMH 456

KNAPIK TRAINING 000079

**Kerry Ryan**

| | |
|---|---|
| From: | Thersia J. Knapik |
| Sent: | Friday, April 20, 2012 2:42 AM |
| To: | K REDACTED BY SS |
| Subject: | stuff |

I called Expert Consult as soon as you left the office today - to confirm the pass code on the Rush book that is on my account - 4VA95GR.

When you checked out the Rush book from the library, and we scratched off the code, I put it logically on your Expert Server account (along with the Greenfield text you got from the library) - and started using it immediately - this was months before you even purchased your own copy (which I never really understood b/c we had the online one but I just assumed you preferred an actual book)

When you had problems adding your copy of Rush and you called me that night I assumed it was b/c there was already one on your account and it wouldn't let you add a book it showed you already had - so I logged in and changed the account. It didn't exactly go that smoothly, it wasn't so easy, I got locked out and had to call EC to fix it on their end but the end result should have been, eventually - moving the Greenfield book and the Rush book (both library copies) to my email address. I obviously do not have the library copy of Rush but you can compare the above number and see if it goes to your book - it shouldn't as to this day the only code I had was to the library's copy. This is the only thing that makes sense to me. One, you obviously think I have your book and have been using it and I obviously think I've been using the library copy all this time.

I asked Expert Consult yesterday if for some reason when you had tried to enter your code it did take and then when I called in that code got transfered when I moved accounts - they said it's possible but there was no way for them to tell me/reconcile your account to mine. They showed the account coming on line  - as I type this I realize I should have asked them to trace the above code to see if it was ever under your name before it was under mine - but at this point I'm not calling them back, I just don't care. I'm hoping you compare the code above and it doesn't match your book - but I don't expect you tell me. One thing that doesn't make any sense to me though is you know we had the library code, you watched me add it and you watched me study from it for months before you even purchased your own copy of the book - why would I need your code - why would I do that period but why would I need your code?

Lululemon. They called me last week, the week before, and left a message saying that you had called inquiring about the gift card you had sent me. This was news to me. I checked my mail and along with two months of other stuff - there it was. Then they called me again a few days later saying you had phoned them because you wanted it back; that was an unpleasant conversation - embarrassing - for both them and me. It makes sense now that you tell me you never meant to be that generous and give both - but I called that company twice - both times to have them put the money back on your card b/c they told me without a receipt (that I was suppose to print off the internet and include with the return) that was the only option.

I feel like I'm being punished for not doing what K REDACT wants - for telling you "I need to read, that I'm studying". Something I should never of even had to say to someone who was my friend and payed attention at all to their surroundings. When you stormed out of the office I realized we were never friends, could never be, b/c I won't be controlled by someone else's anger and you get angry any time anyone corrects you. I'm allowed to say I'm doing something. I'm choosing to believe you sincerely never meant to give me the gifts you did for xmas and bday and that you aren't just punishing me for defining my own needs (studying) but there is no possible way that it makes any sense that I would have "taken a book" from you which I already had a copy to. I feel like your just trying to justify your behavior that day by pointing the finger at me.

I don't expect a response from you and quite frankly I don't want one.

1

KNAPIK 000724

I'll leave cash under your keyboard - I'll try and do this tomorrow.

2

KNAPIK 000725

MHMH 483

# DARTMOUTH-HITCHCOCK MEDICAL CENTER

Paul H. Kispert, MD, *Director, Residency Program*

Department of Surgery
Dartmouth-Hitchcock Medical Center
One Medical Center Drive
Lebanon, NH 03756

Email: Paul.H.Kispert@hitchcock.org
Phone: 603-650-7692
*FAX*: 603-650-6061

July 2, 2012

American Board of Surgery
Attn. Frank Lewis, MD
1617 JFK Boulevard, Suite 860
Philadelphia, PA 19103

Dear Dr. Lewis:

I am writing to inform the American Board of Surgery that Thersia Knapik, MD did not complete the general surgery training program at the Dartmouth–Hitchcock Medical Center. Dr. Knapik was dismissed from the program on June 13, 2012 because of a gross breech of professional behavior. At the time of her dismissal, she was at the end of her year of Chief Residency in General Surgery. Dr. Knapik did not receive a certificate of residency completion and did not complete the training program.

Should you require more specific information regarding this very unfortunate situation, please do not hesitate to contact me. I can best be reached through the Residency Office at 603-650-7692.

Sincerely,

Paul H. Kispert, MD
Director, Surgery Residency Program
Assistant Professor of Surgery
Assistant Professor of Anesthesiology
(603) 650-7692

ABS
BOM
U of Kentucky
U of Miami





GEISEL
SCHOOL OF
MEDICINE   Audrey and Theodor Geisel School of Medicine at Dartmouth   HANOVER • NEW HAMPSHIRE

KNAPIK 000750



*Federation of*
**STATE**
**MEDICAL**
**BOARDS**

**Federation Credentials Verification Service (FCVS)**
Federation Place / 400 Fuller Wiser Road Suite 300 / Euless, TX 76039
Tel: (817) 868-5000  Fax: (817) 868-5099

### Verification of Graduate Medical Education

| | |
|---|---|
| Institution: <u>Dartmouth-Hitchcock Medical Center</u> | Attention: **Program Director** |
| Address: <u>Department of SURGERY</u> | Affiliated University: _____ |
| <u>Lebanon, NH 03756</u> | |

**Verification For:**  Name: <u>Knapik, Thersia Jeane</u>

DOB: <u>   '1967</u>
Individual's Name on Record (if different from above): _____

---

**Program Participation:**
Important:

Report incomplete Training Levels (years) separate from those that were successfully completed.

If the training level (year) is currently in progress report the expected completion date in the "To" field.

Report Internships, Residencies and Fellowships separately.

Use one section per Department/Specialty. If the Department/Specialty is rotating or transitional, please provide a schedule of rotations.

Training Level: <u>5</u>
(e.g., 1, 2, 3, etc.)
☐ Internship
☐ Residency
☒ Chief Residency
☐ Fellowship
☐ Research

Specialty/Subspecialty: <u>General Surgery</u>
From: <u>06/26/2011</u>        To: <u>06/01/2012</u>
Successfully Completed?: ☐ Yes    ☒ No    ☐ In Progress
Accredited by: ☒ ACGME  ☐ AOA  ☐ LCGME  ☐ RSC  ☐ CFPC
☐ RCPSC  ☐ APPAP  ☐ None of these

Training Level: <u>2-4</u>
(e.g., 1, 2, 3, etc.)
☐ Internship
☒ Residency
☐ Chief Residency
☐ Fellowship
☐ Research

Specialty/Subspecialty: <u>General Surgery</u>
From: <u>06/26/2008</u>        To: <u>06/25/2011</u>
Successfully Completed?: ☒ Yes    ☐ No    ☐ In Progress
Accredited by: ☒ ACGME  ☐ AOA  ☐ LCGME  ☐ RSC  ☐ CFPC
☐ RCPSC  ☐ APPAP  ☐ None of these

Training Level: <u>1</u>
(e.g., 1, 2, 3, etc.)
☒ Internship
☐ Residency
☐ Chief Residency
☐ Fellowship
☐ Research

Specialty/Subspecialty: <u>General Surgery</u>
From: <u>06/26/2007</u>        To: <u>06/25/2008</u>
Successfully Completed?: ☒ Yes    ☐ No    ☐ In Progress
Accredited by: ☒ ACGME  ☐ AOA  ☐ LCGME  ☐ RSC  ☐ CFPC
☐ RCPSC  ☐ APPAP  ☐ None of these

---

**Unusual Circumstances:**

Check the correct response. Omitted responses require written explanation.

If necessary, you may continue your explanation on a separate sheet of paper.

1. Did this individual ever take a leave of absence or break from his/her training? ............................ ☒ Yes  ☐ No
2. Was this individual ever placed on probation? .......................................................... ☐ Yes  ☒ No
3. Was this individual ever disciplined or placed under investigation? ......................................... ☒ Yes  ☐ No
4. Were any negative reports for behavioral reasons ever filed by instructors? ................................. ☐ Yes  ☒ No
5. Were any limitations or special requirements placed upon this individual because of questions of academic incompetence, disciplinary problems or any other reason? ................... ☒ Yes  ☐ No

Please explain any "<u>Yes</u>" response from above:

<u>Please see attached.</u>

_____

---

**Certification:**

Affix your institutional seal in this space. If no seal is available, you must have this form notarized

Completion of the following is certification that the information above is an accurate account of this individual's records and is true and correct. **The signature line must contain the original signature, or the electronic typed signature, of the program director (M.D./D.O. ONLY – PLEASE REPORT WHICH).**

Name: <u>Paul H. Kispert, MD</u>

Title of Signatory (e.g., Program Director): <u>Program Director</u>

Tel: <u>603-650-7692</u>        Fax: <u>603-650-8030</u>

Signature: *Paul H. Kispert*

Date of Signature: <u>7/26/12</u>

E-Mail: <u>Paul.H.Kispert@hitchcock.org</u>

Rev. 09/07/06        Packet ID: <u>120919</u>        Request ID: <u>25467627</u>        RGR        [13266]

KNAPIK 000758

MHMH 516

**Federation of State Medical Boards**
**Federation Credentials Verification Service (FCVS)**

Request of Verification For Thersia Jeane Knapik, MD

Unusual Circumstances Requested Explanation:

1. Did this individual ever take a leave of absence or break from her training?

    a. Dr. Knapik was on medical leave from 9/26/2010 until 10/25/2010. She also was placed on administrative leave on 6/1/2012 through 6/12/2012.

2. Was this individual ever placed on probation?

    a. No.

3. Was this individual ever disciplined or placed under investigation?

    a. Dr. Knapik was removed from the residency program on 6/1/12 and terminated from the surgical residency program on 6/13/2012.

4. Were any negative reports for behavioral reasons ever filed by instructors?

    a. No.

5. Were any limitations or special requirements placed upon this individual because of questions of academic incompetence, disciplinary problems or any other reason?

    a. Dr. Knapik was removed from the residency program on 6/1/12 and terminated from the surgical residency program on 6/13/2012.

KNAPIK 000759

Program Director's Verification of Residency Year Completion for 2011 - 2012 Academic Year

*Dartmouth-Hitchcock - Program 0407G*

| Director | Paul Kispert, MD | 2011 - 2012 Resident Status: |
|---|---|---|
| Coordinator | Karen G. Lee | Clinical Level 5 |

| Resident Name | Resident Type | Anticipated Program Completion Year (Change if Incorrect) | Resident satisfactorily completed year? (See Note Below) | | | Resident continuing program in 2012-13 ? | |
|---|---|---|---|---|---|---|---|
| Davis, Kathryn | Categorical | 2012 | ☑ Yes ☐ No | ☐ Other | | ☐ Yes | ☑ No |
| Goodwin, Isaak | Categorical | 2012 | ☑ Yes ☐ No | ☐ Other | | ☐ Yes | ☑ No |
| Knapik, Thersia | Categorical | 2012 | ☐ Yes ☑ No | ☐ Other | | ☐ Yes | ☑ No |

NOTE: For the purposes of this verification, "resident satisfactorily completed year" means:

• The resident participated in 48 or more weeks of activity that meets the educational requirements of the Residency Review Committee (RRC) for Surgery and the American Board of Surgery.

• The resident demonstrated competency in patient care, technical ability, medical knowledge, professionalism, communication, practice-based learning, and systems-based practice appropriate for their PGY clinical level.

If the above criteria do not apply, you must answer "No" or "Other":

Please explain any "No" or "Other" responses:

Answer "No" if, in your opinion, the resident's performance or attendance does not meet the criteria and you do not recommend that the resident receive credit for the year towards eligibility for ABS certification. (Example: resident being asked/required to repeat year or resident terminated for unsatisfactory performance.)

Answer "Other" if, in your opinion, the resident's performance does not meet the criteria but you do recommend that the resident receive credit for the year towards eligibility for ABS certification. (Example: resident was in probationary status during some portion of the 2011-11 year or is being placed in probationary status for the start of the 2012-12 academic year.)

*Knapik, Thersie — dismissed from the residency training program on 6/15/12 for a gross breach of Professionalism*

I attest that the above verifications are accurate.

Signature, Paul Kispert, MD

Fri Jul 27 11:19:00 EDT 2012 //0407G//

KNAPIK 000760

MHMH 518

# DARTMOUTH-HITCHCOCK MEDICAL CENTER

Paul H. Kispert, MD, *Director, Residency Program*

Department of Surgery
Dartmouth-Hitchcock Medical Center
One Medical Center Drive
Lebanon, NH 03756

Email: Paul.H.Kispert@hitchcock.org
Phone: 603-650-7692
*FAX:* 603-650-6061

August 20, 2012

Re: Thersia Knapik, MD

To Whom It May Concern:

As requested by Dr. Thersia Knapik in her letter dated July 30, 2012 addressed to Dr. Marc Bertrand, I am writing a letter to confirm her participation as a resident in our General Surgery training program at the Dartmouth-Hitchcock Medical Center from June 26, 2007 through June 1, 2012.

Dr. Knapik met the number of operative procedures in all years for all patient types for all rotations as required by the American Board of Surgery as outlined in the defined category report enclosed. She also participated in all necessary rotations as dictated by the ABS for fulfilling General Surgery residency requisites for Board eligibility. A list of these rotations is also enclosed. She did not, however, complete 48 weeks of full-time experience in her chief year as dictated by the American Board of Surgery to meet board eligibility requirements. Dr. Knapik worked 46 weeks and 4 days, and took two weeks of vacation during the academic year prior to being placed on administrative leave on June 1st.

If you require additional information, please feel free to contact me.

Sincerely,

Paul H. Kispert, MD
Director, Surgery Residency Program
Assistant Professor of Surgery
Assistant Professor of Anesthesiology
(603) 650-7692



GEISEL
MEDICINE

Audrey and Theodor Geisel School of Medicine at Dartmouth   HANOVER • NEW HAMPSHIRE

KNAPIK 000762

## Thersia Knapik

| GL1 | 6/26/07-6/25/08 |
|---|---|
| 6/26-7/22/07 | Min Invasive Surgery |
| 7/23-8/19/07 | VA-GS/Vasc |
| 8/20-9/16/07 | Urology |
| 9/17-10/14/07 | CT |
| 10/15-11/11/07 | Trauma |
| 11/12-12/9/07 | ICU |
| 12/10/07-1/6/08 | Vascular |
| 1/7-2/3/08 | Trauma |
| 2/4-3/2/08 | Plastics |
| 3/3-3/30/08 | GS-GI |
| 3/31-4/27/08 | ENT |
| 4/28-5/25/08 | ED |
| 5/26-6/25/08 | Surg Onc |

| GL2 | 6/26/08-6/25/09 |
|---|---|
| 6/26-8/24/08 | Trauma |
| 8/25-10/5/08 | Vascular |
| 10/6-11/23/08 | GS-GI |
| 11/24/08-1/11/09 | Trauma |
| 1/12-2/22/09 | Concord-GS |
| 2/23-4/5/09 | ICU |
| 4/6-5/17/09 | VA-GS/Vasc |
| 5/18-6/25/09 | CT |

| GL3 | 6/26/09-6/25/10 |
|---|---|
| 6/26-8/9/09 | Concord-GS |
| 8/10-9/25/09 | VA- GS/Vasc |
| 9/26-11/08/09 | Endoscopy/Min Inv |
| 11/09-12/27/09 | Trauma |
| 12/28/09-2/7/10 | VA-GS/Vasc |
| 2/8-3/25/10 | Pediatric Surgery |
| 3/26-5/9/10 | Transplant |
| 5/10-6/25/10 | Pediatric Surgery |

| GL4 | 6/26/10-6/25/11 |
|---|---|
| 6/26-9/26/10 | Transplant |
| 9/27-12/26/10 | Thoracic |
| 12/27-2/13/11 | Trauma |
| 2/14-3/27/11 | Vascular |
| 3/28-5/8/11 | Trauma |
| 5/9-6/25/11 | Vascular |

| GL5 | 6/26/11-6/1/12 |
|---|---|
| 6/26-7/31/11 | White (Surg Onc.) |
| 8/1-8/28/11 | Red (Trauma) |
| 8/29-10/2/11 | IDEAL (Min. Invasive) |
| 10/3-10/30/11 | Red (Trauma) |
| 10/31-11/27/11 | White (Surg Onc.) |
| 11/28/11-1/1/12 | White (Surg Onc.) |
| 1/2-1/29/12 | White (Surg Onc.) |
| 1/30-2/26/12 | Red (Trauma) |
| 2/27-3/25/12 | Red (Trauma) |
| 3/26-4/29/12 | Green (GI) |
| 4/30-5/27/12 | Green (GI) |
| 5/28-6/1/12 | Green (GI) |

KNAPIK 000763



**From:** Isak A. Goodwin
**Sent:** Friday, May 27, 2011 9:02 AM
**To:** Thersia J. Knapik
**Subject:** FW: absite
**Attachments:** Goodwin.pdf

**From:** Dawn E. Robinson
**Sent:** Wednesday, February 23, 2011 3:21 PM
**To:** Isak A. Goodwin
**Subject:** absite

Dawn Robinson
Residency Program Administrator, General Surgery
Dartmouth-Hitchcock Medical Center
One Medical Center Drive
Lebanon, NH 03756
Phone: 603-650-7692
Fax: 603-650-6061

 Dartmouth-Hitchcock



# The American Board of Surgery
Incorporated

1617 John F. Kennedy Boulevard
Suite 860
Philadelphia, PA 19103
phone 215.568.4000
fax 215.563.5718
www.absurgery.org

2011 In-Training Senior-level Examination
Dartmouth-Hitchcock - Lebanon, NH    Program: 0407G
Report of Performance        Report C

| | | |
|---|---|---|
| Goodwin, Isak | Level: 4 | Identification Number: 001665806 |

Dear Doctor:

The following is information related to your performance on the examination. The total test percentile ranking is shown within the year level of training.

| Category | Percent Correct | Standard Score | Percentile |
|---|---|---|---|
| Basic Science | | | |
| Clinical Management | | REDACTED BY S&H | |
| **Total Test** | | | |

| Category | Percent Correct |
|---|---|
| Body as a Whole | REDACTED |
| Gastrointestinal | |
| Cardiovascular, etc. | |
| GU, Head & Neck, etc. | |
| Endocrine, etc. | |

Listed below by content categories are the numbers of questions you answered correctly out of the total numbers of questions in each category. Also listed are the key words describing the content of questions you answered incorrectly.

**BODY AS A WHOLE**

*Basic Science*
REDACTED BY S&H answered correctly. The keywords for the incorrect answers are:

REDACTED BY S&H

*Clinical Management*
REDACTED BY S&H answered correctly. The keywords for the incorrect answers are:

REDACTED BY S&H

**GASTROINTESTINAL**

*Basic Science*
REDACTED BY S answered correctly. The keywords for the incorrect answers are:

REDACTED BY S&H

*Clinical Management*

February 21, 2011 05:38 PM                    Page 1 of 2

REDACTED BY S&I answered correctly. The keywords for the incorrect answers are:

# REDACTED BY S&H

**CARDIOVASCULAR AND RESPIRATORY**

*Basic Science*

REDACTED BY answered correctly. The keywords for the incorrect answers are:

# REDACTED BY S&H

*Clinical Management*

REDACTED BY SE answered correctly. The keywords for the incorrect answers are:

## REDACTED BY S&H

**GU, HEAD & NECK, SKIN, MUSC., NERV. SYS.**

*Basic Science*

REDACTED I answered correctly.

*Clinical Management*

REDACTED BY S- answered correctly. The keywords for the incorrect answers are:

# REDACTED BY S&H

**ENDOCRINE, HEMATIC, LYMPHATIC, BREAST**

*Basic Science*

REDACTED E answered correctly.

*Clinical Management*

REDACTED BY S4 answered correctly. The keywords for the incorrect answers are:

# REDACTED BY S&H

February 21, 2011 05:38 PM

Page 2 of 2

**From:**          Paul H. Kispert
**Sent:**          Tuesday, October 11, 2011 11:35 AM
**To:**            Thersia J. Knapik
**Subject:**       RE: Program Director

Thank you. I look forward to your thoughts this afternoon.

-------------------------------------------------------------

**From:** Thersia J. Knapik
**Sent:** Tuesday, October 11, 2011 10:27 AM
**To:** Kari M. Rosenkranz; Paul H. Kispert
**Subject:** FW: Program Director

**Drs. Kispert and Rosenkranz,**
**I'm uncertain as to whether either of you ever saw this letter that was sent to Dr. Freeman reguarding the PD vacancy.**
**It's somewhat applicable to our meeting this afternoon**
**See you then**
**Thersia**
-------------------------------------------------

**From:** Thersia J. Knapik
**Sent:** Wednesday, September 07, 2011 4:34 PM
**To:** Richard B. Freeman Jr.
**Cc:** Andrea M. Stroud; Austin D. Schenk; Bryan Payne Stanifer; David Caba Molina; Dawn C. Barclay; Hermann P. Sigbjarnarson; Isak A. Goodwin; John M. Fallon; Joshua B. Goldberg; Julia M. Rosenbloom; Justin G. Reeves; K          L. C       Matthew R. Soule; Meredith J. Sorensen; Michael B. Hill; Portia Thurmond; Raphael Louie; Roland A. Hernandez; Tamara B. Dawli; allison.arensman@Hitchcock.ORG; Jennifer E. Tonneson; Jennifer.Tonneson@Hitchcock.ORG; joseph.camacho@Hitchcock.ORG; nathan.hutson@Hitchcock.ORG; Nick Ellis; rachel.moses@Hitchcock.ORG
**Subject:** Program Director

Dr. Freeman,

As a group we wanted to express our thoughts on the eminent Program Director vacancy. We are not looking to "nominate" our own choice as much as share with you the attributes and characteristics that as residents we value, appreciate and rely on.

Resoundingly as a group we want someone who was approachable and has shown to us by past actions that they support and even defend us. That their advice, guidance, praise and yes, even their criticisms, are a display of their dedication to our education, careers and daily life.

Additionally we acknowledged a pride in our program and therefore a desire to sustain the high level to which we've been able to attract and recruit other residents. Thus, while we acknowledge that this is multifactorial we feel it necessitates having a helm that is steered by those with a prominent voice, respect amongst their peers as well as personal character, professionalism and charisma. We leave it is up to you and the other faculty to negotiate the finer points such as publication, research, national presence, etc.

I'd be remiss if, as the collector of resident emails and thoughts, I did not also add that, overwhelmingly, what most residents responded was that they wanted our Program Director to *want* the job, be *happy* doing the work and "to like us".

To that end, the faculty we feel most embody these criteria are: Kari Rosenkranz, William Nugent and Paul Kispert.

We send this letter with the upmost amount of respect for you and the decision process ahead and we know, as you've always shown us, that you'll incorporate our input appropriately.

Thank you for your time

Your DHMC Surgery Residents

MHMH 1112

| | |
|---|---|
| **From:** | Thersia J. Knapik |
| **Sent:** | Sunday, March 18, 2012 12:40 PM |
| **To:** | Paul H. Kispert |
| **Subject:** | RE: ABSITE |

Dr. Kispert,
First - thank you for the compliments - positive feedback is always appreciated.

You asked about materials used, time spent and duration overall - and what I found most helpful.

Materials:
SESAP 14, online question bank and SESAP audio (~$1,000.00)
DeVirgilio, Fiser, RUSH. (~300.00)

Devirgilio and RUSH are question books with good explanations.  Fiser is the "fact" book - what is high yield.
I also used ABSITE Killer - b/c, as you know, I have to be told things more than once.  So Fiser may "tell" me something is high yield by only including that material in a chapter but I used the ABSITE killer to further assert the high yeild topics. The two sources differed very little but it was a different way of seeing the same data which I find helpful.

I always start directed studying in August - so that was no different for me.  So, sadly even the years I did poorly I started studying in August.   And I've used all those resources before (Rush and sesap both came out with new versions this year so I repurchased the new stuff).

What I did differently this year was I arranged my block schedule specifically so that I was not on trauma prior to the exam.  I had spoken to Dr. Finlayson about this and this is literally why I have the schedule I do this year.  I just think trauma takes a lot of time and focus and you don't have much time to read - for me this was important.

Now in November I really pared down everything else and just focused on studying - I would read at the gym while on the elliptical or bike (I know, attractive) - I listened to sesap audio in the car instead of the radio, etc.

Next, which I had not done before, was I took vacation the week before the absite so that I could spend time going back over areas I was worried about.

...the irony is that Soule probably only "studied" - I had to do all the above to even get close to his score - in my defense my brain is MUCH older ;)


T


---

**From:** Paul H. Kispert
**Sent:** Sunday, March 18, 2012 12:13 PM
**To:** Thersia J. Knapik
**Subject:** ABSITE

I am writing to everyone who took the ABSITE.

Your improvement in your scores was dramatic and I am very pleased that you took the effort to really prepare for the exam.  Improving from the 28th percentile to the 89th is extremely impressive and bodes well for you passing the ABS qualifying examination.

You should feel good about how you did on this exam and that your hard work really paid off.

I am asking people who were high performers to let me know how they prepared for this exam.   A significant percentage of our residents scored at or below the 30th percentile which is unacceptable.

Can you let me know how you prepared?  What did you study and when did you start?  Did you find any materials particularly helpful?

Thanks again for your outstanding effort and the remarkable improvement that you had on the ABSITE.

**From:** Thersia J. Knapik
**Sent:** Thursday, May 12, 2011 3:00 PM
**To:** rsuciu@cisco.com; mimi_fletcher@mac.com; K⋯ ⋯ L. D      Terasa L. Prock
**Subject:** Match

Miami.

Of course Lupo had to ruin this by saying this morning, "Oh, I'm sure you'll match at Miami Thersia because the people who have gone there previously aren't very qualified"  "you'll look golden to them in comparison"

gotta' love the support !!!

:)

| | |
|---|---|
| **From:** | Ka        L. DOE |
| **Sent:** | Tuesday, June 05, 2012 10:53 AM |
| **To:** | Kari M. Rosenkranz |
| **Subject:** | RE: one more thing |

Sure.  It was March 24, 2011 at 0846 AM.  I was on trauma that day and checked the OR schedule.  I was apparently in a colectomy case w/Rhynhart starting at 1000.  At that time of day was surely busy with trauma rounds, etc.

**From:** Kari M. Rosenkranz
**Sent:** Tuesday, June 05, 2012 10:48 AM
**To:** Ka        L. DOE
**Subject:** one more thing

Thanks for that link
Can you also remind us exactly what day the march 2011 forward happened?
k

| | |
|---|---|
| **From:** | Paul H. Kispert |
| **Sent:** | Sunday, June 10, 2012 8:47 PM |
| **To:** | Richard B. Freeman Jr.; Kari M. Rosenkranz; Kerry Ryan; Michele Z. King; Marc L. Bertrand |
| **Subject:** | Resident Issue |

I wanted to outline my plans regarding the current resident issue and their dismissal.

I plan on doing this Tuesday at 11 am.

    I would like to do this in a conference room on the fifth floor that is NOT in the Department of Surgery

    I will need a copy of the letter of termination

        I need to have someone from HR with me as (1) a witness and (2) to explain to the resident their rights regarding insurance, last paycheck etc.

        I will need to determine what the protocol is for someone leaving DHMC after the termination notification (when should they retrieve their personal items, do I or security or HR escort them out?).

I plan on simply saying that after careful deliberation, we have decided to terminate their employment at DHMC which will include not completing the residency and not receiving a certificate.

I will tell them that this is irrevocable and that the reason for this decision was a gross breech of professionalism for which we saw termination as the only option.

If the threat of legal action is raised, I will simply say that we are aware of this possibility and are prepared to defend our position vigorously.

Should the resident become aggressive or hostile, I will simply say that I will not argue with them.

After this is done, I will generate an e-mail to the residents and faculty notifying the residents and faculty that the resident has been terminated by the department and will not be returning to work. I will distribute it to you prior to general distribution for comments.

If any of you have other suggestions, let me know. I plan on keeping this succinct and to the point.

Thank you.

**From:** Paul H. Kispert
**Sent:** Tuesday, June 12, 2012 4:35 PM
**To:** Richard B. Freeman Jr.
**Subject:** RE:

Should not be an issue for tomorrow. Thersia understands I will call her to arrange this in the am. Marc Bertrand had some concerns after discussion with Michele King. I reviewed this again with Dr. Bernat. After explaining the story to him, he had no issues whatsoever with dismissal and saw no path to remediation.

This is very painful but necessary. I am trying to get as many opinions as possible to support our position which I feel is totally correct and justified.

I appreciate your help and support with this process.

**From:** Richard B. Freeman Jr.
**Sent:** Tuesday, June 12, 2012 11:22 AM
**To:** Paul H. Kispert; Kari M. Rosenkranz
**Cc:** Michele Z. King; Kerry Ryan
**Subject:**

I understand the 11:00 AM meeting didn't happen this morning because of Thersia's unavailability.

Please let me know if there is any difficulty in getting this scheduled.

Thanks

Rich

| | |
|---|---|
| **From:** | Paul H. Kispert |
| **Sent:** | Wednesday, February 08, 2012 9:22 AM |
| **To:** | Ka ı L. DOE |
| **Subject:** | e-mail |

I apologize for the fact that the e-mail was shown at the discussion

There was nothing intentional about it but it should not have happened which is my error. I feel particularly bad that this was in a group.

I will be speak with you on Friday.

I am sorry for the turmoil this has created for you. It was in no way intentional and I should be more aware of what is in my e-mails that other people may see.

| | |
|---|---|
| **From:** | Kari M. Rosenkranz |
| **Sent:** | Thursday, February 09, 2012 9:59 PM |
| **To:** | ł      n L. DOE |
| **Subject:** | RE: Residency |

It will make you stronger
If i havet said it before, your ability to communicate and to address issues head-on is incredibly admirable, i am learning from you Getsome rest K _____
From: K.      า L. DOE
Sent: Thursday, February 09, 2012 9:52 PM
To: Kari M. Rosenkranz
Subject: RE: Residency

Thanks.  As okay as could be.  What doesn't kill you will make you stronger.

Best,
Katie

_____
From: Kari M. Rosenkranz
Sent: Thursday, February 09, 2012 9:50 PM
To: Ka      า L. DOE
Subject: RE: Residency

_____let me know if you want to talk more at any point.  hope you are "okay".

_____
From: Ka      า L. DOE
Sent: Thursday, February 09, 2012 9:41 PM
To: Kari M. Rosenkranz
Subject: FW: Residency

FYI

_____
From: Kathryn L. DOE
Sent: Thursday, February 09, 2012 9:19 PM
To: K        า L. DOE   Richard B. Freeman Jr.; Paul H. Kispert
Subject: Residency

MHMH 3060

**From:**          Kari M. Rosenkranz
**Sent:**          Friday, February 10, 2012 5:58 AM
**To:**            Richard B. Freeman Jr.; Paul H. Kispert
**Subject:**       RE: Residency

---

From: Richard B. Freeman Jr.
Sent: Friday, February 10, 2012 5:14 AM
To: Paul H. Kispert; Kari M. Rosenkranz
Subject: Fw: Residency

Do you know anything about this?
Rich

---

From: K.          L. DOE
To: K.          . DOE   Richard B. Freeman Jr.; Paul H. Kispert
Sent: Thu Feb 09 21:19:01 2012
Subject: Residency

MHMH 3062

| | |
|---|---|
| **From:** | Paul H. Kispert |
| **Sent:** | Friday, February 10, 2012 7:04 AM |
| **To:** | Richard B. Freeman Jr. |
| **Subject:** | RE: Residency |

I will be submit my resignation from the program directorship if you wish.  This was completely inadvertent on my part.

Thank you

**From:** Richard B. Freeman Jr.
**Sent:** Friday, February 10, 2012 5:14 AM
**To:** Paul H. Kispert; Kari M. Rosenkranz
**Subject:** Fw: Residency

Do you know anything about this?
Rich

**From:** K     n L. DOE
**To:** K     L. DOE   Richard B. Freeman Jr.; Paul H. Kispert
**Sent:** Thu Feb 09 21:19:01 2012
**Subject:** Residency

From:            Kari M. Rosenkranz
Sent:          Friday, February 10, 2012 7:26 AM
To:             Paul H. Kispert
Subject:      RE: Residency

It is literally incredible....just bad luck and I do feel badly for ┃
Will page you in  a minute
k

-----Original Message-----
From: Paul H. Kispert
Sent: Friday, February 10, 2012 7:02 AM
To: Kari M. Rosenkranz
Subject: RE: Residency

It is incredible to me that an e-mail topic was inadvertently shown and ends up like this.  I am extremely embarrassed by
this although it was completely unintentional.  I can see why Sam may have been more hands off.

Perhaps you should just take over the program.  I really hate all of this stuff.

-----Original Message-----
From: Kari M. Rosenkranz
Sent: Friday, February 10, 2012 5:58 AM
To: Richard B. Freeman Jr.; Paul H. Kispert
Subject: RE: Residency

From: Richard B. Freeman Jr.
Sent: Friday, February 10, 2012 5:14 AM
To: Paul H. Kispert; Kari M. Rosenkranz
Subject: Fw: Residency

Do you know anything about this?
Rich

From: K      ι. DOE
To: K     ιι. DOE   Richard B. Freeman Jr.; Paul H. Kispert
Sent: ιhu Feb 09 21:19:01 2012
Subject: Residency

MHMH 3066

| | |
|---|---|
| **From:** | Paul H. Kispert |
| **Sent:** | Friday, February 10, 2012 7:35 AM |
| **To:** | Richard B. Freeman Jr. |
| **Subject:** | Program Director |

I am going to resign as the program director effective Monday January 13 after a presentation I need to make to the GMEC committee regarding increasing the number of residents in the program in the third year.

The issue with Dr. DOE regarding the inadvertent e-mail that I never even knew was up had put me over the edge.  Unfortunately, I am ill equipped to deal with the numerous issues of the residency, maintain a clinical practice, and maintain my sanity.

I have informed Dr. Rosenkranz of this as well.


I will certainly continue to be involved in resident education which I am better equipped to do.  I will certainly help Kari until a replacement is found for me.  I am sorry my tenure in this position has been so brief.  It has been a frustrating and very anxiety provoking several months for me that culminated in this unanticipated and completely inappropriate event.

Thank you.

| | |
|---|---|
| **From:** | Ka____ 1 L. DOE |
| **Sent:** | Monday, March 28, 2011 9:15 AM |
| **To:** | Samuel R. G. Finlayson |
| **Subject:** | question |

Hi Dr. Finlayson:

I plan to meet with Dr. Cronenwett this afternoon and ask him about the possiblities of doing a vascular fellowship. I am wondering what effect my status of being on remediation would have on this endeavor. Any advice you have would be much appreciated.

Thank you,
Katie

MHMH 3108