AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## District of Vermont

| | | |
|---|---|---|
| Thersia J. Knapik | : | |
| Plaintiff, | : | **JUDGMENT IN A CIVIL CASE** |
| v. | : | CASE NUMBER: 5:12-cv-175 |
| Mary Hitchcock Memorial Hospital | : | |
| Defendant. | : | |

___ **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Opinion and Order (Document No. 150) defendant's Motion for Summary Judgment (Document No. 137) is GRANTED. JUDGMENT IS HEREBY entered for Mary Hitchcock Memorial Hospital, against plaintiff Thersia J. Knapik.

Date: February 5, 2015                    JEFFREY S. EATON
                                          Clerk

                                          */s/ Elizabeth S. Britt*
                                          (By) Deputy Clerk

JUDGMENT ENTERED ON THE DOCKET
DATE: 2/5/2015