UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| THERSIA J. KNAPIK | |
| PLAINTIFF | CASE NO. 5:12-cv-175 |
| v. | |
| MARY HITCHCOCK MEMORIAL HOSPITAL | |
| DEFENDANT | |

### *PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT*

Plaintiff respectfully moves the Court to alter or amend its Judgment, issued on February 5, 2015. Plaintiff wishes to provide the Court with a means for correcting errors while the court hold jurisdiction over the case. She moves for reconsideration under the rule to provide the court with the opportunity to cure mistakes in the judgment. Fed. Rule Civ. Pro 59(e).

Plaintiff also files the accompanying *Memorandum in Support of Rule 59(e) Motion*.

DATED:      3/5/15             /s/Norman E. Watts
                               Norman E. Watts, Esq.
                               Watts Law Firm, PC
                               PO Box 270
                               Woodstock VT 05091
                               (802) 457-1020
                               wattslawfirmpc@gmail.com
                               Counsel for Plaintiff


                               /s/Anthony Z. Roisman
                               Anthony Z. Roisman, Esq.
                               Watts Law Firm, PC
                               Co-counsel for Plaintiff