## Karen G. Lee

**From:** Kerry Ryan
**Sent:** Thursday, June 14, 2012 2:26 PM
**To:** Karen G. Lee
**Subject:** RE: Thersia Knapik, MD

Do you have contact information for this guy.... thanks

---

**From:** Karen G. Lee
**Sent:** Thursday, June 14, 2012 1:23 PM
**To:** Kerry Ryan
**Cc:** Michele Z. King; Paul H. Kispert
**Subject:** FW: Thersia Knapik, MD

Kerry,

I just spoke with Paul, and he was under the impression that you or Michele are going to be creating this letter? Dr. Kispert spoke with Dr. Thaller by phone last evening. They seem anxious to have the letter in hand. They have called and e-mailed twice today. Please advise how we should respond and/or confirm who will be composing the letter. Paul is willing to do it, if you would like to have him compose it.

Thank you.

*Karen*

Karen G. Lee
Residency Coordinator
Department of Surgery
Dartmouth-Hitchcock Medical Center
One Medical Center Drive
Lebanon, NH 03756
603-650-7692
603-650-8030 Fax
Karen.G.Lee@hitchcock.org

*Dartmouth-Hitchcock*

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Shipman, Teresa [mailto:TShipman@med.miami.edu]
**Sent:** Thursday, June 14, 2012 12:29 PM
**To:** Karen G. Lee
**Subject:** Thersia Knapik, MD

Hi Karen,

Sorry to bother but Dr. Thaller spoke with Dr. Kispert yesterday evening regarding Thersia. Dr. Kispert told Dr. Thaller he would be either faxing or emailing him
A letter.
Would you know if that has been done?
Dr. Thaller is asking me about it.
Please let me know
Thanks
Teresa


Teresa Shipman
Administrator
Division of Plastic Surgery
University of Miami
305-243-4500
305-243-4535

Please take a look at our new website: http://surgery.med.miami.edu



UNIVERSITY OF MIAMI
MILLER SCHOOL
of MEDICINE

The information contained in this transmission may contain privileged and confidential information, including patient information protected by Federal Law and state privacy laws. It is intended only for the use of person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.