P67


Jackson
HEALTH SYSTEM

Executive Offices
1611 N.W. 12TH Avenue
West Wing 108
Miami, Florida 33136-1094
305-585-6086
Fax: 305-355.2372

**Sent via US mail and e-mail: fleeder@yahoo.com**

June 21, 2012

Thersia Knapik, MD
65 Conifer Street
White River Junction, Vermont 05001

Dear Dr. Knapik:

Please be advised that as a result of your failure to complete your general surgery residency program, you have become ineligible to enter our three (3) year independent Plastic Surgery Residency Program in accordance with our policies and ACGME rules governing independent Plastic Surgery Residency Programs. We therefore are rescinding the offer of employment for the Plastic Surgery Residency Program effective immediately.

This decision is based on written notification dated June 14, 2012 from Dr. Kispert, your General Surgery Program Director advising of your dismissal from the Dartmouth-Hitchcock General Surgery Residency program on June 13, 2012, prior to successfully completing the program. One of the requirements of our three (3) year Plastic Surgery Program is completed residency training in General Surgery. Further, the American Board of Plastic Surgery requires that residents entering plastic surgery training must complete five progressive years of clinical general surgery residency training, sufficient to qualify for certification by the American Board of Surgery. It is our understanding from Dr. Kisbert, that you will not be certified as eligible to sit for the General Surgery Boards. This renders you ineligible for the ACGME accredited Plastic Surgery residency.

In addition, the SF Match rules provide that an applicant's actual entry into the training program is contingent upon satisfactory completion of the prerequisite training and satisfactory performance during training. Your failure to complete the Dartmouth residency training voids the match and our offer.

In the event your situation changes, you may re-apply for a position in accordance with the Jackson Health System application process. We wish you the best in your endeavors.

Sincerely,

Michael K. Butler, MD, MHA, CPE, FACPE
Executive Vice President &
Chief Medical Officer

cc:   Richard Parrish; MD
      Seth Thaller; MD
      Alan Livingstone; MD
      Nilda Gonzalez
      Marylou Aguero
      Employee Labor Relations