UNITED STATES DISTRICT COURT

for the

DISTRICT OF VERMONT

| | |
|---|---|
| THERSIA J. KNAPIK | |
| PLAINTIFF | CASE NO. 5:12-cv-175 |
| v. | |
| MARY HITCHCOCK MEMORIAL HOSPITAL | |
| DEFENDANT | |

### *NOTICE OF APPEAL*

Notice is hereby given that Thersia J. Knapik, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final decision entered in this action on the 6th day of April, 2015 in which the District Court denied Plaintiff's Motion to Alter or Amend the Summary Judgment entered against Plaintiff on February 5, 2015.

Dated: 4/23/15          .

/s/Norman E. Watts
Norman E. Watts, Esq.
Watts Law Firm PC
PO Box 270
Woodstock, VT 05091
(802) 457-1020

/s/Anthony Z. Roisman
Anthony Z. Roisman, Esq.
National Legal Scholars Law Firm, P.C.
394 Skyline Drive
Weathersfield, VT 05156
(802) 885-4162

Watts Law Firm, P.C. PO Box 270, Woodstock, VT 05091
Phone (802) 457-1020, Fax (802) 432-1074, Email: info@wattslawvt.com

1 of 1