UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| Thersia J. Knapik,<br>　　　*Plaintiff*,<br><br>　　v.<br><br>Mary Hitchcock Memorial Hospital,<br>　　　*Defendant*. | §<br>§<br>§<br>§  Civil Action No. 5:12-cv-00175-gwc<br>§<br>§<br>§ |

# INVOICES IN SUPPORT OF DEFENDANT'S BILL OF COSTS

# INVOICE

**capital reporting**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 18920 | 6/20/2014 | 131379 |
| Job Date | Case No. | |
| 5/29/2014 | 5:12-CV-175 | |

| Case Name |
|---|
| Thersia J. Knapik v. Mary Hitchcock Memorial Hospital |

| Payment Terms |
|---|
| Due upon receipt |

Edward M. Kaplan
SULLOWAY & HOLLIS
9 Capitol Street & 29 School Street
Concord, NH  03301

DEPOSITION OF:

| | | | | | |
|---|---|---|---|---|---|
| Terrie S. Baker | | 131.00 | Pages @ | 4.85 | 635.35 |
| Exhibit | | 47.00 | Pages @ | 0.50 | 23.50 |
| Appearance Fee - Minimum | | | | 125.00 | 125.00 |
| Shipping/Delivery | | | | 12.00 | 12.00 |
| | | | **TOTAL DUE >>>** | | **$795.85** |

Thank you for your business.

**Tax ID:** 56-1710420

*Please detach bottom portion and return with payment.*

Edward M. Kaplan
SULLOWAY & HOLLIS
9 Capitol Street & 29 School Street
Concord, NH  03301

| | | | | |
|---|---|---|---|---|
| Job No. | : 131379 | BU ID | : Reporting |
| Case No. | : 5:12-CV-175 | | |
| Case Name | : Thersia J. Knapik v. Mary Hitchcock Memorial Hospital | | |
| Invoice No. | : 18920 | Invoice Date | : 6/20/2014 |
| **Total Due** | : **$795.85** | | |

Remit To:  Capital Reporting, Inc.
           Post Office Box 97696
           Raleigh, NC  27624

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

INVOICE 2

# Bragan Reporting Associates, Inc.

1087 Elm Street, Suite 305
P. O. Box 1387
Manchester, NH 03101

Tel.: (603) 669-7922    Fax: (603) 623-6540

Tax ID #: 02-0459949

SULLOWAY & HOLLIS, P.A.
William D. Pandolph, Esq.
9 Capitol Street
Concord, NH 03301

## Invoice

| Reporter | Date | Invoice # |
|---|---|---|
| CQ | 10/22/2014 | 14-0696 |

Date Taken:   10/8/2014

Case Name:    Knapik v. Hitchcock Hosp

| | |
|---|---:|
| Transcription of the deposition of Robert Bancroft | 369.00 |
| Appearance fee | 100.00 |
| Copy with an original signature page has been forwarded to Attorney Watts | 0.00 |
| E-tran sent via e-mail - Per Request | 0.00 |
| Shipping & handling | 24.00 |

THANK YOU, WE APPRECIATE YOUR BUSINESS    **Total**    **$493.00**

INVOICE 3

O'BRIEN REPORTING SERVICES, INC.
P.O. BOX 711
RUTLAND, VT 05702
TEL (802) 747-0199
FAX (802) 775-5430


RECEIVED
DEC 1 9 2013
SULLOWAY & HOLLIS, PLLC

SULLOWAY & HOLLIS, P.L.L.C.
P.O. BOX 1256
9 CAPITOL STREET
CONCORD, NH 03302-1256

EDWARD M. KAPLAN, ESQUIRE

THERSIA KNAPIK -VS- MARY HITCHCOCK
MEMORIAL HOSPITAL - DEPOSITION OF
DR. JAMES L. BERNAT

INVOICE NO. :   32192
INVOICE DATE:   12/15/2013
REPORTER:
LINDA C. O'BRIEN, RPR

ID#   03-0338944

| Date | Description | Amount |
|---|---|---|
| 11/06/2013 | E-COPY OF DEPOSITION | 238.70 |
| | POSTAGE FOR ORIGINAL | 10.90 |
| | Sub Total | 249.60 |
| | Paid | 0.00 |
| | Balance Due | 249.60 |

THANK YOU FOR YOUR BUSINESS
TERMS:  PAYABLE UPON RECEIPT - INTEREST CHARGED AFTER 30 DAYS

INVOICE 4

*Rob.11 - 8/14/13*

**O'BRIEN REPORTING SERVICES, INC.**
P.O. BOX 711
RUTLAND, VT 05702
TEL (802) 747-0199
FAX (802) 775-5430

RECEIVED
AUG 16 2013
SULLOWAY & HOLLIS, PLLC

SULLOWAY & HOLLIS, P.L.L.C.
P.O. BOX 1256
CONCORD, NH 03302-1256

INVOICE NO.: 31524
INVOICE DATE: 6/04/2013
REPORTER: MAUREEN BOOTH, RMR

EDWARD M. KAPLAN, ESQUIRE

ID# 03-0338944

KNAPIK -vs- MARY HITCHCOCK MEMORIAL
HOSPITAL - DEPOSITIONS OF LEE, FREEMAN,
ROSENKRANZ, RYAN & BERTRAND

| Date | Description | Amount |
|---|---|---|
| 5/14/2013 | COPY OF DEPOSITIONS OF: KAREN LEE, DR. RICHARD FREEMAN, JR. and DR. KARI ROSENKRANZ | 251.10 |
| | EXHIBITS-SCANNED | 11.90 |
| 5/16/2013 | COPY OF DEPOSITIONS OF: KERRY RYAN & DR. MARC BERTRAND | 168.95 |
| | POSTAGE FOR ORIGINALS (for R&S) | 11.80 |
| | Sub Total | 443.75 |
| | Paid | 0.00 |
| | Balance Due | 443.75 |

THANK YOU FOR YOUR BUSINESS
TERMS: PAYABLE UPON RECEIPT - INTEREST CHARGED AFTER 30 DAYS

INVOICE 5

# INVOICE

capitalreporting

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 18922 | 6/20/2014 | 131380 |
| Job Date | Case No. | |
| 5/30/2014 | 5:12-CV-175 | |

| Case Name |
|---|
| Thersia J. Knapik v. Mary Hitchcock Memorial Hospital |

| Payment Terms |
|---|
| Due upon receipt |

Edward M. Kaplan
SULLOWAY & HOLLIS
9 Capitol Street & 29 School Street
Concord, NH  03301

| | | | | |
|---|---|---|---|---|
| **DEPOSITION OF:** | | | | |
|    Ronald Suciu | 111.00 Pages | @ | 4.85 | 538.35 |
|    Exhibit | 24.00 Pages | @ | 0.50 | 12.00 |
|    Appearance Fee - 4 hours | | | 160.00 | 160.00 |
|    Shipping/Delivery | | | 12.00 | 12.00 |
| **DEPOSITION OF:** | | | | |
|    Miriam Clayton | 64.00 Pages | @ | 4.85 | 310.40 |
|    Exhibit | 6.00 Pages | @ | 0.50 | 3.00 |
| | **TOTAL DUE  >>>** | | | **$1,035.75** |

Thank you for your business.

Tax ID: 56-1710420

*Please detach bottom portion and return with payment.*

Edward M. Kaplan
SULLOWAY & HOLLIS
9 Capitol Street & 29 School Street
Concord, NH  03301

Job No.      : 131380              BU ID         : Reporting
Case No.     : 5:12-CV-175
Case Name    : Thersia J. Knapik v. Mary Hitchcock Memorial
               Hospital
Invoice No.  : 18922               Invoice Date  : 6/20/2014
Total Due    : $1,035.75

Remit To:   Capital Reporting, Inc.
            Post Office Box 97696
            Raleigh, NC  27624

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

INVOICE 6

**O'BRIEN REPORTING SERVICES, INC.**
P.O. BOX 711
RUTLAND, VT 05702
TEL (802) 747-0199
FAX (802) 775-5430

SULLOWAY & HOLLIS, P.L.L.C.
P.O. BOX 1256
9 CAPITOL STREET
CONCORD, NH 03302-1256

WILLIAM D. PANDOLPH, ESQUIRE

KNAPIK -VS- MARY HITCHCOCK MEMORIAL
HOSPITAL - DEPOSITION OF
DR. JACK CRONENWETT

INVOICE NO. : 33185
INVOICE DATE: 10/05/2014
REPORTER:
BARRY COHEN, RPR

ID# 03-0338944

| Date | Description | Amount |
|---|---|---|
| 9/08/2014 | E-COPY OF DEPOSITION - expedited delivery req'd | 314.50 |
| | POSTAGE FOR ORIGINAL | 6.90 |
| | Sub Total | 321.40 |
| | Paid | 321.40 |
| | Balance Due | 0.00 |

**THANK YOU FOR YOUR BUSINESS**
TERMS: PAYABLE UPON RECEIPT - INTEREST CHARGED AFTER 30 DAYS

# INVOICE

COLLINS & HUGHES REPORTING AND VIDEO SERVICE
209 EAST HIGH STREET
LEXINGTON, KY  40507
Phone:859-231-0290   Fax:859-281-5168

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87988 | 9/12/2013 | 37944 |
| Job Date | Case No. | |
| 8/27/2013 | 5:12-CV-175 | |

| Case Name |
|---|
| THERSIA J. KNAPIK VS. MARY HITCHCOCK MEMORIAL HOSPITAL |

| Payment Terms |
|---|
| Due upon receipt |

WILLIAM D. PANDOLPH
SULLOWAY & HOLLIS, PLLC
9 CAPITOL STREET
PO BOX 1256
CONCORD, NH  03302

TAKING VIDEO DEPOSITION OF:
    kDOE           M.D.                                                                   0.00
        DVD ORIGINAL VIDEO                                            475.00        475.00
        DVD COPY OF VIDEO                                                140.00        140.00
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    kDOE           M.D.                                                                    901.00
        CONDENSED AND WORD INDEX            0.00            @           0.00        0.00
        POSTAGE (COD)                                                     25.00        25.00

                            TOTAL DUE  >>>                                                    $1,541.00

THANK YOU.  WE APPRECIATE YOUR BUSINESS.

                VISIT OUR NEW WEBSITE AT
        WWW.COLLINSANDHUGHESREPORTING.COM

**Tax ID:** 61-1088479                                          Phone: 603 224-2341   Fax:

*Please detach bottom portion and return with payment.*

WILLIAM D. PANDOLPH
SULLOWAY & HOLLIS, PLLC
9 CAPITOL STREET
PO BOX 1256
CONCORD, NH  03302

Job No.        : 37944          BU ID        : 1-MAIN
Case No.      : 5:12-CV-175
Case Name   : THERSIA J. KNAPIK VS. MARY HITCHCOCK
                  MEMORIAL HOSPITAL
Invoice No.   : 87988          Invoice Date  : 9/12/2013
**Total Due**    : **$1,541.00**

Remit To:    COLLINS & HUGHES REPORTING AND VIDEO SERVICE
                209 EAST HIGH STREET
                LEXINGTON, KY  40507

**PAYMENT WITH CREDIT CARD**         AMEX  MC  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

INVOICE 8

**Doris O.**
**WONG Associates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

TEL (617) 426-2432
FAX (617) 482-7813
FED. I.D. NO. 04-2674896

# INVOICE

ATT: WILLIAM D. PANDOLPH, ESQ.
SULLOWAY & HOLLIS, P.L.L.C.
9 CAPITOL STREET
P.O. BOX 1256
CONCORD         NH 03302-1256

KNAPIK V MARY HITCHCOCK MEMORIAL
HOSPITAL

FILE #:

| JOB NUMBER | CASE NUMBER | TERMS | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|
| KNAP12 | 5:12-CV-175 | .0%/ 30 | 00093291 | 06/28/2013 |

| ACTIVITY DESCRIPTION | DATE | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| ONE TRANSCRIPT SAMUEL R.G. FINLAYSON, M.D. | 06/12/13 | KADE | | 85 | 2.95 | 250.75 |
| MIN-U-SCRIPT W/ WORD INDEX IN PDF FORMAT | 06/12/13 | KADE | | 1 | 45.00 | 45.00 |
| POSTAGE AND HANDLING | 06/12/13 | | | | | 10.50 |

HAPPY 4TH OF JULY

SALES TAX          $306.25
                        .00
                    --------
INVOICE TOTAL      $306.25

RECEIVED
JUL 01 2013
SULLOWAY & HOLLIS, PLLC

Doris O.
WONG Associates, Inc.
Professional Court Reporters
50 Franklin Street
Boston, Massachusetts 02110

SULL04
SULLOWAY & HOLL
INVOICE DATE
06/28/2013
INVOICE NO.
00093291
$306.25

INVOICE 9

**O'BRIEN REPORTING SERVICES, INC.**
P.O. BOX 711
RUTLAND, VT 05702
TEL (802) 747-0199
FAX (802) 775-5430

RECEIVED
SEP 17 2013
SULLOWAY & HOLLIS, PLLC

SULLOWAY & HOLLIS, P.L.L.C.
P.O. BOX 1256
9 CAPITOL STREET
CONCORD, NH 03302-1256

WILLIAM D. PANDOLPH, ESQUIRE

KNAPIK vs. MARY HITCHCOCK MEMORIAL
HOSPITAL - DEPOSITION OF
ALFRED P. GALLANT

INVOICE NO. :   31861
INVOICE DATE:   9/12/2013
REPORTER:
BARRY COHEN, RPR

ID#   03-0338944

| Date | Description | Amount |
|---|---|---|
| 8/23/2013 | E-COPY OF DEPOSITION | 105.60 |
|  | POSTAGE FOR ORIGINAL | 6.90 |
|  | Sub Total | 112.50 |
|  | Paid | 0.00 |
|  | Balance Due | 112.50 |

**THANK YOU FOR YOUR BUSINESS**
TERMS:  PAYABLE UPON RECEIPT - INTEREST CHARGED AFTER 30 DAYS

INVOICE 10

# INVOICE

**CitiCourt**
THE REPORTING GROUP
236 South 300 East, Salt Lake City, Utah 84111
Toll-Free: 877.532.3441  Phone: 801.532.3441  Fax: 801.532.3414

RECEIVED
SEP 10 2013
SULLOWAY & HOLLIS, PLLC

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 64827 | 9/6/2013 | 38227 |
| Job Date | Case No. | |
| 8/30/2013 | 5:12-CV-175 | |

| Case Name |
|---|
| Knapik vs. Mary Hitchcock Memorial Hospital |

| Payment Terms |
|---|
| Net 30, 1.5% per month plus fees * |

William D. Pandolph
Sulloway & Hollis
9 Capitol Street
Concord, NH  03302

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Isak Goodwin, M.D. — 446.10
      Half Day Appearance Fee — 75.00
      Hyperlinked PDF File with Exhibits
      Shipping/Delivery — 33.36

TOTAL DUE >>>   $554.46

Let CitiCourt handle all of your Nationwide Scheduling, Videoconference, and Certified Legal Video Services!
CitiCourt now offers a complimentary Online Repository for 24/7 access to all of your transcripts and exhibits.
Please call 801-532-3441 for more information.

*When paid by credit card add 3% surcharge

Tax ID: 87-0661285

Phone: 603-223-2858   Fax:

*Please detach bottom portion and return with payment.*

William D. Pandolph
Sulloway & Hollis
9 Capitol Street
Concord, NH  03302

Invoice No.   :  64827
Invoice Date  :  9/6/2013
**Total Due**   :  $ 554.46

Remit To:  CitiCourt, LLC
          236 South 300 East
          Salt Lake City, UT  84111

Job No.    :  38227
BU ID       :  1-CITI
Case No.  :  5:12-CV-175
Case Name :  Knapik vs. Mary Hitchcock Memorial Hospital

INVOICE 11

# INVOICE

**CitiCourt**
THE REPORTING GROUP
236 South 300 East, Salt Lake City, Utah 84111
Toll-Free: 877.532.3441  Phone: 801.532.3441  Fax: 801.532.3414

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 64987 | 9/13/2013 | 38228 |
| Job Date | Case No. | |
| 8/30/2013 | 5:12-CV-175 | |

| Case Name |
|---|
| Knapik vs. Mary Hitchcock Memorial Hospital |

| Payment Terms |
|---|
| Net 30, 1.5% per month plus fees * |

William D. Pandolph
Sulloway & Hollis
9 Capitol Street
Concord, NH  03302

Videotaped Deposition of:
   Isak Goodwin, M.D.
      Certified Videographer                        3.25  Hours           260.00
      Complimentary Copy of Video on DVD            2.00  Disks             0.00
      Shipping/Delivery                                                     8.71

                                        TOTAL DUE  >>>                  $268.71

Let CitiCourt handle all of your Nationwide Scheduling, Videoconference, and Certified Legal Video Services!
CitiCourt now offers a complimentary Online Repository for 24/7 access to all of your transcripts and exhibits.
Please call 801-532-3441 for more information.

*When paid by credit card add 3% surcharge

**Tax ID:** 87-0661285                                                                  Phone: 603-223-2858   Fax:

*Please detach bottom portion and return with payment.*

William D. Pandolph
Sulloway & Hollis
9 Capitol Street
Concord, NH  03302

Invoice No.   :  64987
Invoice Date  :  9/13/2013
**Total Due**     :  **$ 268.71**

**Remit To:  CitiCourt, LLC**
            **236 South 300 East**
            **Salt Lake City, UT  84111**

Job No.     :  38228
BU ID       :  1-CITI
Case No.    :  5:12-CV-175
Case Name   :  Knapik vs. Mary Hitchcock Memorial Hospital

INVOICE 12

**O'BRIEN REPORTING SERVICES, INC.**
P.O. BOX 711
RUTLAND, VT 05702
TEL (802) 747-0199
FAX (802) 775-5430

SULLOWAY & HOLLIS, P.L.L.C.
P.O. BOX 1256
9 CAPITOL STREET
CONCORD, NH 03302-1256

EDWARD M. KAPLAN, ESQUIRE

KNAPIK V. MARY HITCHCOCK MEMORIAL
HOSPITAL - DEPOSITION OF
DR. PAUL KISPERT

INVOICE NO. : 31789
INVOICE DATE: 8/23/2013
REPORTER:
MARILEE JAYE YOUNG, CSR

ID# 03-0338944

| Date | Description | Amount |
|---|---|---|
| 8/09/2013 | E-COPY OF DEPOSITION | 157.50 |
| | POSTAGE FOR ORIGINAL | 6.90 |
| | Sub Total | 164.40 |
| | Paid | 164.40 |
| | Balance Due | 0.00 |

THANK YOU FOR YOUR BUSINESS
TERMS: PAYABLE UPON RECEIPT - INTEREST CHARGED AFTER 30 DAYS

INVOICE 13



# BRAGAN REPORTING ASSOCIATES, INC.

Tax I.D. # 02-0459949

CERTIFIED SHORTHAND REPORTERS • PROFESSIONAL VIDEOTAPE SERVICES

SULLOWAY & HOLLIS, PLLC
Edward M. Kaplan, Esq.
9 Capitol Street
P.O. Box 1256
Concord, NH 03302-1256

RECEIVED
APR 18 2013
SULLOWAY & HOLLIS, PLLC

**Invoice**

| Reporter | Date | Invoice # |
|---|---|---|
| AEV | 4/16/2013 | 13-0364 |

Date Taken: 4/9/2013

Case Name: Knapik v. MHMH

| | |
|---|---:|
| Transcription of the deposition of Dr. Thersia J. Knapik | 1,119.30 |
| Appearance fee | 130.00 |
| Shipping & handling | 22.00 |
| Copy with an original signature page has been forwarded to Attorney Watts | 0.00 |
| E-tran sent via e-mail – Per Request | 0.00 |

THANK YOU, WE APPRECIATE YOUR BUSINESS          Total        $1,271.30

P.O. Box 1387 • Manchester, New Hampshire 03105-1387
(603) 669-7922 • info@braganreporting.com • FAX: (603) 623-6540        INVOICE 14

**Bragan Reporting Associates, Inc.**

1087 Elm Street, Suite 305
P. O. Box 1387
Manchester, NH 03101

Tel.: (603) 669-7922    Fax: (603) 623-6540

Tax ID #: 02-0459949

SULLOWAY & HOLLIS, P.A.
William D. Pandolph, Esq.
9 Capitol Street
Concord, NH 03301

**Invoice**

| Reporter | Date | Invoice # |
|---|---|---|
| AEV | **9/3/2014** | **14-0571** |

Date Taken:    8/26/2014

Case Name:    Knapik v. MHMH

| | |
|---|---:|
| Transcription of the deposition of Thorne Martin | 196.80 |
| Appearance fee | 100.00 |
| Shipping & handling | 18.00 |
| Copy with an original signature page has been forwarded to Attorney Watts | 0.00 |
| E-tran sent via e-mail - Per Request | 0.00 |

THANK YOU, WE APPRECIATE YOUR BUSINESS        Total        **$314.80**

INVOICE 15



Tax I.D. # 02-0459949

CERTIFIED SHORTHAND REPORTERS • PROFESSIONAL VIDEOTAPE SERVICES

SULLOWAY & HOLLIS, PLLC
Edward M. Kaplan, Esq.
9 Capitol Street
P.O. Box 1256
Concord, NH 03302-1256

# Invoice

| Reporter | Date | Invoice # |
|---|---|---|
| LAG | 9/30/2013 | 13-0855 |

Date Taken:   9/13/2013

Case Name:   Knapik v. Hitchcock Mem. Hosp

| | |
|---|---:|
| Transcription of the deposition of Ira Mintzer, MD | 656.00 |
| Appearance fee | 100.00 |
| Copy with an original signature page has been forwarded to Attorney Watts | 0.00 |
| E-tran sent via e-mail - Per Request | 0.00 |
| Photocopies | 22.00 |
| Parking | 35.00 |
| Shipping & handling | 24.00 |

THANK YOU, WE APPRECIATE YOUR BUSINESS         Total         **$837.00**

P.O. Box 1387 • Manchester, New Hampshire 03105-1387
(603) 669-7922 • info@braganreporting.com • FAX: (603) 623-6540         INVOICE 16

## BEAN & ASSOCIATES
**Professional Court Reporting Service**

201 Third St., NW, Ste. 1630
Albuquerque, NM 87102

Phone: (505) 843-9494     Fax: (505) 843-9492

**Invoice**

| Invoice Date | Invoice # |
|---|---|
| Thursday, October 09, 2014 | 4171J |

Edward M. Kaplan
Sulloway & Hollis, PLLC
P.O. Box 1256
Concord, NH 03302-1256

Phone:     (603) 223-2858     Fax:

| | |
|---|---|
| Witness: | Prock, M.D., Terasa |
| Case: | Thersia J. Knapik v. Mary Hitchcock Memorial Hospital |
| Venue: | United States District Court |
| Case #: | 5:12-cv-175 |
| Date: | 10/2/2014 |
| Start Time: | 9:00 AM |
| End Time: | : 0 |
| Reporter: | Sally Peters |
| Claim #: | |
| File #: | 1367L |

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| ORSF | Original & One Copy | $4.56 | 153 | $697.68 |
| CT | Complimentary E-tran | $0.00 | 1 | $0.00 |
| scnbw2 | scan black and white exhibit | $0.15 | 59 | $8.85 |
| scnclr2 | scan color exhibit | $0.25 | 2 | $0.50 |
| SI | Signature | $15.00 | 1 | $15.00 |
| SC | Witness Signature Copy | $0.45 | 135 | $60.75 |
| PO | Postage | $36.08 | 1 | $36.08 |
| Interest | finance charge | $20.99 | 1 | $20.99 |
| WOI | Write-off Interest | ($20.99) | 1 | ($20.99) |
| | Sub Total | | | $818.86 |
| | Payments | | | $818.86 |
| | Balance Due | | | $0.00 |

Fed. I.D. # #85-0405993

*1.50% /month on unpaid balance 18%.   We accept major credit cards.*

INVOICE 17

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

INVOICE NO: 20130129

**MAKE CHECKS PAYABLE TO:**

EDWARD M. KAPLAN, ESQUIRE
SULLOWAY & HOLLIS, PLLC
P.O. BOX 1256
Concord, NH 03302

Phone:

ANNE MARIE HENRY, RPR

P.O. Box 1932
Brattleboro, VT 05302

Phone: (802) 747-9193
FAX (802) 747-9193

annie_smiler@yahoo.com

☐ CRIMINAL  [x] CIVIL

DATE ORDERED: 11-22-2013
DATE DELIVERED: 12-04-2013

Case Style: 5:12-CV-175, KNAPIK v MHMH
11-7-13 MOTION HEARING

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | 48 | 0.90 | 43.20 | | 0.60 | | 43.20 |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

MISC. CHARGES:

TOTAL: 43.20

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

Date Paid: 12-14-2013   Amt: $43.20   TOTAL DUE: $0.00

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: s/Anne Marie Henry    DATE: 05-07-2015

(All previous editions of this form are cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

INVOICE NO: 20140109

MAKE CHECKS PAYABLE TO:

EDWARD M. KAPLAN, ESQUIRE
SULLOWAY & HOLLIS, PLLC
P.O. BOX 1256
Concord, NH 03302

Phone:

ANNE MARIE HENRY, RPR

P.O. Box 1932
Brattleboro, VT 05302

Phone: (802) 747-9193
FAX (802) 747-9193

annie_smiler@yahoo.com

☐ CRIMINAL    ☒ CIVIL

DATE ORDERED: 09-30-2014

DATE DELIVERED:

Case Style: 5:12-CV-175, KNAPIK v MHMH
9-18-14 MOTION HEARING

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | 34 | 0.90 | 30.60 | | 0.60 | | 30.60 |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

MISC. CHARGES:

| | |
|---|---|
| TOTAL: | 30.60 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |

Date Paid: 10-14-2014    Amt: $30.60    TOTAL DUE: $0.00

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: s/Anne Marie Henry    DATE: 05-07-2015

(All previous editions of this form are cancelled and should be destroyed)

INVOICE 19

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

INVOICE NO: 20150009

**MAKE CHECKS PAYABLE TO:**

EDWARD M. KAPLAN, ESQUIRE
SULLOWAY & HOLLIS, PLLC
P.O. BOX 1256
Concord, NH 03302

Phone:

ANNE MARIE HENRY, RPR

P.O. Box 1932
Brattleboro, VT 05302

Phone: (802) 747-9193
FAX: (802) 747-9193

annie_smiler@yahoo.com

☐ CRIMINAL  [x] CIVIL

DATE ORDERED: 03-06-2015
DATE DELIVERED: 03-10-2015

Case Style: 5:12-CV-175, KNAPIK v MARY HITCHCOCK
1-7-15 MOTION HEARING

PAYMENT DUE UPON RECEIPT. THANK YOU!!

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 59 | 4.85 | 286.15 | | 0.90 | | | 0.60 | | 286.15 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

MISC. CHARGES:

TOTAL: 286.15

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

Date Paid: 03-24-2015    Amt: $286.15    TOTAL DUE: $0.00

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: s/Anne Marie Henry    DATE: 05-07-2015

(All previous editions of this form are cancelled and should be destroyed)